At the UNITED STATES DISTRICT COURT, held in and for the SOUTHERN DISTRICT OF NEW YORK, at the Courthouse located at 500 Pearl Street, New York, New York on the 30th day of June, 2008.

P R E S E N T:

HONORABLE                    ,
Judge of the United States District Court
-------------------------------------------------------------------x
FAREPORTAL, INC. D/B/A CHEAPOAIR,

                                                               08 CIV

                Plaintiff,

      -against-

OPINION CORP. D/B/A PISSEDCONSUMER,

                Defendant.
-------------------------------------------------------------------x

      Upon the affirmation of **TEDD KESSLER,** attorney for FAREPORTAL, INC. D/B/A CHEAPOAIR sworn to the 30th day of June, 2008, upon the declaration of HARSH SOOD sworn to the 30th day of June, 2008, and upon the declaration of ILYA ZHEREBETSKIY sworn to the 28th day of June, 2008,

      IT IS HEREBY ORDERED, that OPINION CORP. D/B/A PISSEDCONSUMER show cause at the United States Courthouse located at 500 Pearl Street - 40 Centre Street, New York, New York, in courtroom _____ on the _____ day of June/July, 2008, at 9:30 a.m. or as soon thereafter as counsel can be heard why an order should not be issued:

1

preliminarily enjoining defendant OPINION CORP. D/B/A PISSEDCONSUMER, its agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with it, from using the Cheapoair mark, any colorable imitation of the Cheapoair mark, and anything or mark confusingly similar thereto or likely to cause dilution of the distinctiveness of the Cheapoair mark or injury to the business reputation of Cheapoair, to identify defendant's website, homepage, domain name or in any other materials available on the Internet or elsewhere, and,

from representing by any means whatsoever that defendant, or any products or services offered by defendant, including services provided via defendant's website or the Internet, are associated in any way with plaintiff, its products or services, and,

from using plaintiff's mark in defendant's metatags or URL addresses, and,

from taking any other action likely to cause confusion or mistake on the part of Internet users or consumers.

ORDERED, that pending the hearing and determination of the within matter, defendant OPINION CORP. D/B/A PISSEDCONSUMER, its agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with it, are temporarily restrained from using to identify defendant's website, homepage, domain name or in any other materials available on the Internet or elsewhere, the Cheapoair mark, any colorable imitation of the Cheapoair mark, and anything or mark confusingly similar thereto or

likely to cause dilution of the distinctiveness of the Cheapoair mark or injury to the business reputation of Cheapoair, and,

from representing by any means whatsoever that defendant, or any products or services offered by defendant, including services provided via defendant's website or the Internet, are associated in any way with plaintiff, its products or services, and,

from using plaintiff's mark in defendant's metatags and URL addresses, and,

from taking any other action likely to cause confusion or mistake on the part of Internet users or consumers

ORDERED, that delivery of a copy of this order and the accompanying affirmation, declarations and exhibits to Opinion Corp DBA PissedConsumer.com, Media Relations, 1673 East 16 Street, Brooklyn, NY 11229, by overnight mail, be deemed good and sufficient.

ORDERED, that this Temporary Restraining Order be, and the same hereby is, conditioned upon plaintiff's filing with the Clerk of the Court, not later than             a.m./p.m. on              , an undertaking in the form of a certified or cashier's check, bond, cash or attorney's check, in the amount of $          to provide security for the payment of such costs and damages which may be incurred by defendant if the relief herein is found to have been improvidently granted.

                              E N T E R:

                              _____
                              Judge, United States District Court

c:\tkdata\cheapo\osc tro-pi.docx

4