UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FAREPORTAL INC. D/B/A CHEAPOAIR,

                          Plaintiff,

                -against-

OPINION CORP. D/B/A PISSEDCONSUMER,

                          Defendant.
------------------------------------------------------------------x

08 CIV

AFFIRMATION
OF
TEDD KESSLER

Tedd Kessler, an attorney duly admitted to the courts of the State of New York, and the United States District Court for the Southern District of New York, affirms, under penalty of perjury, as follows:

1.      I am the attorney for the plaintiff herein and am fully familiar with the facts and circumstances surrounding this matter.

2.      I submit this affirmation in support of plaintiff's application seeking a temporary restraining order and a preliminary injunction.

3.      The following declarations are submitted in support of plaintiff's application:

            Harsh Sood

            Ilya Zherebetskiy

4.      Cease-and-desist letters were sent to the defendant on June 17 and June 19, 2008.  See, exhibit "F", attached hereto.

5.      On June 30, 2008 at approximately 1:50 p.m. I provided defendant pissedconsumer notice of the plaintiff's application for a temporary restraining

1

order by e-mail through its website.  A copy of said notice is attached hereto as exhibit "G". The notice informed the defendant that an application for a temporary restraining order and preliminary injunction would be made at the United States District Court for the Southern District of New York at 500 Pearl St, New York, New York at approximately 4 p.m. Your affirmant is unable to find any telephone number for the defendant.

      5.    Exhibits referred to in the brief are as follows and attached hereto:

            Exhibit A.    Google search results for Cheapoair;

            Exhibit B.    Homepage for cheapoair.pissedconsumer.com;

            Exhibit C.    Homepage for cheapoair.com.pissedconsumer.com;

            Exhibit D.    Copy of the application for trademark registration dated March 6, 2008 with notification of application receipt;

            Exhibit E.    Printouts from defendants' webpage which show the hyperlinks when the cursor is on the hyperlink.

      6.    Exhibits referred to in the Declaration of Harsh Sood are as follows and are attached to said declaration:

            Exhibit A.    Certificate of Incorporation of Fareportal Inc.

            Exhibit B.    Certificate of Assumed Name

            Exhibit C.    Copy of trademark/service mark application for "cheapoair.com the only way to go!!" with receipt.

7.    Exhibits referred to in the Declaration of Ilya Zherebetskiy are as follows and are attached to said declaration:

Exhibit A.    Listing of descriptive metatags

Exhibit B.    Listing of keywords metatags

Exhibit C    Comparison of the metatags on the Cheapoair side versus the metatags used on the pissedconsumer website for Cheapoair.

8.    No previous application has been made for the relief sought herein.

WHEREFORE, it is respectfully requested that this Court issue a temporary restraining order and preliminary injunction.

Dated:    New York, New York
          June 30, 2008

_____
Tedd Kessler

c:\tkdata\cheapo\affirmation of tk support of preliminary injunction.docx





Username
Password
login

Remember Me
Lost Password?
No account yet? Register

Submit complaint | Consumer Tips | About Us

**CheapOair.com**
CheapOair is a Airline Wholesaler
Save 65% on Next Trip, All Airlines
www.CheapOair.com

**Bargain Flight Deals**
Super cheap tickets - lowest fares!
Search all major sites in one place
www.smartertravel.com

**Find Low Air Fares**
Save Up To 70% On Discount
Flights! Enter Your Travel Details
Today.
www.ShermansTravel.com

**Find the Cheapest Fares**
Compare Rates From All Major
Travel Sites - Fast & Easy Ticket
Search
www.BookingBuddy.com

Ads by Google



Bookmark Us

Post a Complaint

Home » Company Reviews » Cheapoair

## Cheapoair

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

search

Cheapoair.com is a website that brings airfares, hotels, car rentals and vacationa packages information from numerous sources. The company offers a huge selection of cheap plane tickets, airline tickets and cheapest airfares. With the help of Cheapoair it is very easy to book the tickets online and to plan a vacation. Cheapoair provides business class fares, first class fares, a number of different top deals, weekend getaways, seasonal travel tickets, tickets for international flights, for Europe flights, Caribbean flights, Mexico flights, domestic flights, Canada flights, and so much more.

In addition, Cheapoair offers different travel resources, travel tips, it provides airline codes, news, travel glossary and many other things available on Cheapoair.com.

**Consumer Rating: 21 Review Points**

**Best Consumer Reports:**

- Cheapoair.com reviews - TRAVEL
- Cheapo air misleading website
- CheapoAir is the worst, stay away from them
- CheapOair is horrible.
- Cheapo Air agent failed to make promised cancellation, I'm stuck l

Ads by Google

**Expedia.com Official Site**
Call 1-800-EXPEDIA
Today For Great Rates
Plus Expert Advice.
www.Expedia.com

**Air Purifiers**
Special Offer Free
Shipping! Heard on Paul
Harvey News. Call Now
www.EdenPureStore.com

**Performance Reviews**
Top online solution
enables fast Effective
reviews company-wide.
www.SuccessFactors.com/FreeTria

**Hawaiian Airlines**
Book Affordable Vacations
to Hawaii & all 7 Interisland
Destinations.
www.HawaiianAirlines.com

**Cheapest Airfare Online**
Fly More Places for Less
with SmartFares. Book
Your Travel Today!
Smartfares.com/AirlineTickets

| Date | Cheapoair Reviews | Hits |
|---|---|---|
| 06/20 | 8 Months still not refund | 98 |
| 06/20 | CheapOair is very sorry; yes they are! | 96 |
| 06/12 | Cheapoair charges an enormous amount of fee | 153 |
| 06/04 | It will take more than ten words | 159 |
| 05/23 | Cheapoair Takes Forever to Complete a Refund | 111 |
| 05/21 | Cheap O Air-AWFUL | 390 |
| 05/18 | Class action lawsuit on CheapOair.com | 407 |
| 05/02 | Cheapoair sold non-existing flights | 348 |
| 04/24 | CHEAPOAIR WILL COST YOU | 308 |
| 04/23 | Trying to book a flight with CheapO | 356 |
| 04/19 | Cheapo Air- Nothing short of Fraud! | 415 |
| 02/01 | Cheapo air misleading website | 1613 |
| 01/30 | Cheapo Air agent failed to make promised cancellation, I'm stuck ! | 633 |
| 01/06 | CheapoAir is the worst, stay away from them | 793 |
| 10/30 | Cheapoair Customer Service | 352 |
| 10/22 | Renee Cheapoair Customer Service | 266 |
| 09/11 | AVOID CHEAPOAIR | 514 |
| 09/01 | CheapOair is horrible. | 735 |
| 08/23 | Cheapoair.com Reviews | 455 |

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Referral Ads by Google

**Government Auctions**

Foreclosures seized property, coins cars from $500, jewelry and more!

www.policeauctions.com

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica
- Expedia
- Iberostar
- Tiran Zaken
- Raymore and Flanigan

**Recently Discussed**

- Budgetkitchencabinets
  Budgetkitchencabinets is the worse company ever.
- Hypotec Lending
  Hypotec Lending used a bait and switch type selling practice on me to get personal information
- Grant Instructor
  I caught this scam just in time!thanks for this site!!
- Goldenvale Inc
  Goldenvale INC WARNING!
- Singlesnet



**Pissed Consumer**
*i'm Pissed*

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me          login
Lost Password?
No account yet? Register

**Cheapest Air Tickets**
Save 65% Off Air Tickets With Our Cheap
Wholesale Airfares. Compare!
Travelzoo.com

**Cheapest Air Tickets**
Search Across Multiple Travel Sites And Find
Low Fares To Cheapest
www.travelzoo.com

**Find Low Air Fares.**
Save Up To 70% On Discount Flights! Enter
Your Travel Details Today.
www.ShermansTravel.com

Ads by Google



Bookmark Us

Post a Complaint

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Ads by Google

**Air Ticket**
Cheap flights! Save up to
70% on Airfare & more at
Shermans Travel.
www.ShermansTravel.com

**International Flights**
More international flights
than any other website.
191 countries.
vayama.com/International_Flights

**Flights from 30$**
Limited offer until July
31st. Book now!
www.edreams.com

**Cheap Air Travel**
Search Flights Now and
Save Big With
CheapTickets®. It's
Simple!
www.CheapTickets.com

**Cheapest Air Tickets.**
Find Cheapest Air Tickets,
We Compare the Top
Travel Sites Easily
www.TravelGrove.com

Home » Company Reviews » cheapoair.com

## Cheapoair.com

Book your cheap international plane ticket on CheapoAir.com and Save up
to 65% on cheap airfare on international flights. Take that dream vacation.
Tour the world. ...

**Consumer Rating: 4 Review Points**

Best Consumer Reports:

- Cheapoair.com Fraud
- CheapoAir has truly horrible service
- Cheapair ripp off!
- Excellent prices and service

| Date | Cheapoair.com Reviews | Hits |
|------|------------------------|------|
| 06/20 | Excellent prices and service | 44 |
| 06/13 | Cheapair ripp off! | 57 |
| 05/21 | CheapoAir has truly horrible service | 321 |
| 04/11 | Cheapoair.com Fraud | 336 |

<< Start < Prev 1 Next > End >>

Results 1 - 4 of 4

### Airlines

Consumer Airline reviews about reservations, flight schedules, ticket
specials, travel planning, membership, and airline industry news.
Share your airline experience with other consumers.

- Cheapoair  ( *21 items* )
- CheapTickets  ( *5 items* )
- Monaco Coach Corporation  ( *5 items* )
- Delta  ( *4 items* )
- Consumer Wholesale Travel  ( *4 items* )
- Mexicana Airlines  ( *4 items* )
- Singapore Airlines  ( *3 items* )
- Air Jamaica  ( *3 items* )
- Emirates Airlines  ( *3 items* )
- Frontier Airlines  ( *3 items* )
- Worry Free Vacations  ( *3 items* )
- Ryan Air  ( *2 items* )
- Lowestfare  ( *2 items* )
- Jack Pujji - Lowest Airfare Finder  ( *2 items* )
- Chelmsford Limousine  ( *1 items* )

**Recently Discussed**

- Direct Buy
  Direct Buy will not save you money
- Freedom Mortgage
  Lies and Misrepresentations on
  Refinance, Home Mortgage Refinance
  Complaint - Freedom Mortgage Corpo
- Budgetkitchencabinets
  Budgetkitchencabinets is the worse
  company ever.

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Referral Ads by Google

**Government
Auctions**

Foreclosures seized
property, coins cars
from $500, jewelry
and more!

www.policeauctions.com

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register
## TEAS Plus Application

## To the Commissioner for Trademarks:

**MARK:** cheapOair.com the only way to go!! (stylized and/or with design, see <u>mark</u>)

The literal element of the mark consists of cheapOair.com the only way to go!!. The color(s) grey and red is/are claimed as a feature of the mark. The mark consists of the letters "cheap" in grey lowercase lettering with a red curved underline, the letter "O" in red capital lettering, the letters "air" in grey lowercase lettering, the letters ".com" in red lowercase lettering, the words "the only way to" in grey lowercase cursive lettering, and the word "go!!" in red lowercase cursive lettering..

The applicant, Fareportal, Inc., a corporation of New York, having an address of Suite 1201, 213 West 35th Street, New York, New York, United States, 10001, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item listed below, click directly on the class heading (s).**
     International Class 039:  Providing links to web sites of others featuring travel; Travel and tour information service; Travel and tour ticket reservation service

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U. S.C. Section 1126(e), as amended.

The applicant hereby appoints Yuval D. Bar-Kokhba, Esq and Nikolaos E. Diamantis, Esq. of Garbarini & Scher, P.C., 432 Park Avenue South, New York, New York, United States, 10016-8013 to submit this application on behalf of the applicant.

Correspondence Information: Yuval D. Bar-Kokhba, Esq
                            432 Park Avenue South
                            New York, New York 10016-8013
                            ybar-kokhba@garbarini-scher.com (authorized)

A fee payment in the amount of $275 will be submitted with the application, representing payment for 1
class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable
by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements,
and the like, may jeopardize the validity of the application or any resulting registration, declares that
he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the
applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is
being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in
commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association
has the right to use the mark in commerce, either in the identical form thereof or in such near
resemblance thereto as to be likely, when used on or in connection with the goods/services of such other
person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her
own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /yuva bar-kokhba/   Date Signed: 03/06/2008
Signatory's Name: Yuval D. Bar-Kokhba, Esq.
Signatory's Position: Attorney of record

Back

## Received Your Trademark/Service Mark Application, Principal Register and Your Trademark/Service Mark Application, Principal Register Was Submitted Successfully

### Success!

We have received your application and assigned serial number 77422393 to your submission. We will send an Email summary of the application data to "ybar-kokhba@garbarini-scher.com", which will be your official confirmation of receipt. For electronically-submitted applications, the USPTO will no longer mail an additional paper filing receipt. However, since e-mail is not always reliable, please print out and save this notice. If the USPTO later determines that no filing date was justified, your submission will be returned, and your filing fee will be refunded. You would then have the opportunity to cure the deficiency, and re-file the application. Thank you.

**NOTE:** Do **NOT** send a duplicate paper copy of this filing to the USPTO, as it will interfere with the proper processing of the electronic submission and will result in your being charged for two filings, neither of which can be refunded.

Thank you.

TEAS Support Team

**STAMP:** USPTO/FTK-209.21.108.66-20080314153912247747-77422393-
4003d52e7afae63f0487487cbb5e249c42f-CC-963-20080314151934751286



Trademark Electronic Application System (TEAS) service
U.S. Patent and Trademark Office
Please refer questions or comments to: teas@USPTO.gov



**Pissed Consumer**
*I'm Pissed*

Submit complaint | Consumer Tips | About Us

Username
Password

Remember Me         login
Lost Password?
No account yet? Register

**CheapOair.com**
CheapOair is a Airline Wholesaler Save 65% on Next Trip, All Airlines
www.CheapOair.com

**Bargain Airfare Deals**
Seven tips to find the best fares. Search all major sites in one place
www.smartertravel.com

**Cheapest Air Tickets**
Save 85% Off Air Tickets With Our Cheap Wholesale Airfares. Compare!
Travelation.com

Ads by Google

Bookmark Us

Post a Complaint

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Home » Company Reviews » Cheapoair

# Cheapoair

Cheapoair.com is a website that brings airfares, hotels, car rentals and vacationa packages information from numerous sources. The com of cheap plane tickets, airline tickets and cheapest airfa Cheapoair it is very easy to book the tickets online and to provides business class fares, first class fares, a number of different to weekend getaways, seasonal travel tickets, tickets for inter flights, Caribbean flights, Mexico flights, domestic flights, C more.

In addition, Cheapoair offers different travel resources, trave codes, news, travel glossary and many other things available

**Consumer Rating: 19 Review Points**

Best Consumer Reports:

- Cheapoair.com reviews - TRAVEL
- Cheapo air misleading website
- CheapOAir is the worst, stay away from them
- CheapOair is horrible.
- Cheapo Air agent failed to make promised cancellation, I'm stuck !

**Ads by Google**

**Cheapest Air Tickets,**
Find Cheapest Air Tickets, We Compare the Top Travel Sites Easily
www.TravelGrove.com

**Find Low Air Fares,**
Save Up To 70% On Discount Flights! Enter Your Travel Details Today.
www.ShermansTravel.com

**Cheap Airfare**
Search Across Multiple Travel Sites And Get Low Fares At Many Locations
www.travelzoo.com

**Cheap Airline Tickets**
Search Airline Tickets & Save Big! With CheapTickets®, It's Simple.
www.CheapTickets.com

**Air Tickets**
Book with Expedia for Cheap 2007 Airfares & Ticket Prices Guaranteed
www.Expedia.com

| Date | Cheapoair Reviews | Hits |
|------|-------------------|------|
| 06/20 | 6 Months still not refund | 4 |
| 06/20 | CheapOair is very sorry; yes they are! | 8 |
| 06/12 | Cheapoair charges an enormous amount of fee | 85 |
| 06/04 | It will take more than ten words | 126 |
| 05/23 | Cheapoair Takes Forever to Complete a Refund | 91 |
| 05/21 | Cheap O Air-AWFUL | 288 |
| 05/18 | Class action lawsuit on CheapOair.com | 328 |
| 05/02 | Cheapoair sold non-existing flights | 307 |
| 04/24 | CHEAPOAIR WILL COST YOU | 278 |
| 04/23 | Trying to book a flight with CheapO | 321 |
| 04/19 | Cheapo Air- Nothing short of Fraud! | 375 |
| 02/01 | Cheapo air misleading website | 1468 |
| 01/30 | Cheapo Air agent failed to make promised cancellation, I'm stuck ! | 610 |
| 01/06 | CheapOAir is the worst, stay away from them | 753 |
| 10/30 | Cheapoair Customer Service | 344 |
| 10/22 | Renee Cheapoair Customer Service | 256 |
| 09/11 | AVOID CHEAPOAIR | 496 |
| 09/01 | CheapOair is horrible. | 717 |
| 08/23 | Cheapoair.com Reviews | 435 |

Referral Ads by Google

**$ Travel Nursing Jobs $**

Work 8-26wk

Nursing Jobs - No LPNs Make $95,000yr + Benefits & Housing

www.TravelNursingNow.com

**Recently Discussed**

- Bobs Discount Furniture
  BOB is a con artist
- Direct Buy
  I just feel they scam real well
- Direct Buy
  Biggest scam ever, beware
- Summerbay Resorts
  Summerbay resort rip offs!
- Bank Of America
  Bank of America - a terrible experience
- Allied Interstate
  THIS IS RIDICULOUS!!
- Schwans Home Service

AUCTIONS
AUTO
COMPUTER
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
SERVICE
TRAVEL



- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica
- Expedia
- Iberostar
- Tiran Zaken
- Raymore and Flanigan



Schwan's Refrigerated truck keeps me
awake all night

**Hot Topics**

Franklin First Financial   Jcbyrider   Sprint   Target

Phoenix Management   Smc Scam   Mayu

Bogellagama   **Kymara**   Hms Home Warranty

Rooms To Go Reviews   Westj/charge Fraud

Liquidationcom Review   Glamour Shots   Afni Inc

Jrp Talent   Time Share   The Mom Team   American

Income Life Scam   Aerotek Reviews   **Rain**

**Soft**   Ipa Scam   Zaiken Corp Scam   Hh Gregg

Hornymatches   Epil Stop   Baja Doodle

Bug   **Raymour And Flanigan**

Midland Mortgage Company   Ultimate Fares A Scam

Carvin Guitars   Emc Mortage

**Our Friends**

**Consumer Reports** is the most famous consumer product reviews and rating agency.

This Consumer Blog offers alternative look at **Consumer Product Reviews**

**Complaints**: Learn how to write proper complaint letters that get the results

07/26 Cheapoair.com reviews - TRAVEL      2747

07/26 Cheapoair.com, Arijit opinion - Travel Agents      400

<< Start < Prev 1 Next > End >>

Results 1 - 19 of 19

**Airlines**

Consumer Airline reviews about reservations, flight schedules, ticket specials, travel planning, membership, and airline industry news. Share your airline experience with other consumers.

- CheapTickets  ( *5 items* )
- Monaco Coach Corporation  ( *5 items* )
- Consumer Wholesale Travel  ( *4 items* )
- Delta  ( *4 items* )
- cheapoair.com  ( *3 items* )
- Frontier Airlines  ( *3 items* )
- Worry Free Vacations  ( *3 items* )
- Emirates Airlines  ( *3 items* )
- Air Jamaica  ( *3 items* )
- Singapore Airlines  ( *3 items* )
- Ryan Air  ( *2 items* )
- Mexicana Airlines  ( *2 items* )
- Lowestfare  ( *2 items* )
- Jack Pujii - Lowest Airfare Finder  ( *2 items* )
- Accor NA-Motel 6  ( *1 item* )

**Featured Complaints**

Neil Construction

The Bray Co.

Freelotto

Advanta Bank

Tom Bush Mini

Chris Nabinger Presents On Embedded Software

Chris Nabinger Overviews Multi Protocol Label Switching (mpls)

Chris Nabinger Presents At Cio Conference

Chris Nabinger

Direct Tv

Aarons Furniture Rentals

Blog | Contact Us | Search | News Feeds | Consumer Jokes | Goverment Resources | Privacy Policy
© 2008 Cheapoair @ Pissed Consumer



Pissed Consumer

I'm Pissed

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password?
No account yet? Register

login

**CheapOair.com**
CheapOair is a Airline Wholesaler Save 65% on Next Trip, All Airlines
www.CheapOair.com

**Bargain Airfare Deals**
Seven tips to find the best fares. Search all major sites in one place
www.smartertravel.com

**Cheapest Air Tickets**
Save 85% Off Air Tickets With Our Cheap Wholesale Airfares. Compare!
Travelation.com

Ads by Google

Bookmark Us

Post a Complaint

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Home » Company Reviews » Cheapoair

## Cheapoair

Cheapoair is a website that brings airfares, hotels, car rentals and vacations packages information from numerous sources. The company offers a huge selection of cheap plane tickets, airline tickets and cheapest airfares. With this site Cheapoair it is very easy to book the ticket. Cheapoair also provides business class fares, first class tickets, last minute deals, weekend getaways, seasonal travel tickets, tickets for international flights, for Europe flights, Caribbean flights, Mexico flights, domestic flights, Canada flights, and so much more.

In addition, Cheapoair offers different travel resources, travel tips, it provides airline codes, news, travel glossary and many other things available on Cheapoair.com.

**Consumer Rating: 19 Review Points**

Best Consumer Reports:

- Cheapoair.com reviews - TRAVEL
- Cheap air misleading website
- CheapOair is the worst, stay away from them
- CheapOair is horrible.
- Cheap Air agent failed to make promised cancellation, I'm stuck !

| Date | Cheapoair Reviews | Hits |
|------|-------------------|------|
| 06/20 | 8 Months still not refund | 4 |
| 06/20 | CheapOair is very sorry; yes they are! | 8 |
| 06/12 | Cheapoair charges an enormous amount of fee | 85 |
| 06/04 | it will take more than ten words | 126 |
| 05/23 | Cheapoair Takes Forever to Complete a Refund | 91 |
| 05/21 | Cheap O Air-AWFUL | 288 |
| 05/18 | Class action lawsuit on CheapOair.com | 328 |
| 05/02 | Cheapoair sold non-existing flights | 307 |
| 04/24 | CHEAPOAIR WILL COST YOU | 278 |
| 04/23 | Trying to book a flight with CheapO | 321 |
| 04/19 | Cheapo Air- Nothing short of Fraud! | 375 |
| 02/01 | Cheapo air misleading website | 1468 |
| 01/30 | Cheapo Air agent failed to make promised cancellation, I'm stuck ! | 610 |
| 01/06 | CheapoAir is the worst, stay away from them | 753 |
| 10/30 | Cheapoair Customer Service | 344 |
| 10/22 | Renee Cheapoair Customer Service | 256 |
| 09/11 | AVOID CHEAPOAIR | 496 |
| 09/01 | CheapOair is horrible. | 717 |
| 08/23 | Cheapoair.com Reviews | 435 |

**Cheapest Air Tickets.**
Find Cheapest Air Tickets, We Compare the Top Travel Sites Easily
www.TravelGrove.com

**Find Low Air Fares.**
Save Up To 70% On Discount Flights! Enter Your Travel Details Today.
www.ShermansTravel.com

**Cheap Airfare**
Search Across Multiple Travel Sites And Get Low Fares At Many Locations
www.travelzoo.com

**Cheap Airline Tickets**
Search Airline Tickets & Save Big! With CheapTickets®, It's Simple.
www.CheapTickets.com

**Air Tickets**
Book with Expedia for Cheap 2007 Airfares & Ticket Prices Guaranteed
www.Expedia.com

Ads by Google

Recently Discussed

- Bobs Discount Furniture
  BOB is a con artist
- Direct Buy
  I just feel they scam real well
- Direct Buy
  Biggest scam ever, beware
- Summerbay Resorts
  Summerbay resort rip offs!
- Bank Of America
  Bank of America - a terrible experience
- Allied Interstate
  THIS IS RIDICULOUS!!
- Schwans Home Service

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Referral Ads by Google

**$ Travel Nursing Jobs $**

Work 8-26wk
Nursing Jobs - No LPNs Make $95,000yr + Benefits & Housing

www.TravelNursesNow.com

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica
- Expedia
- Iberostar
- Tiran Zaken
- Raymore and Flanigan

Schwan's Refrigerated truck keeps me
awake all night

**Hot Topics**

Franklin First Financial   Jdayrider   Sprint   Target
Phoenix Management   Smc Scam   Meyu
BogoBagana   Kymara   Hwa Home Warranty
Rooms To Go Reviews   Webjxcharge Fraud
Liquidationcom Review   Glamour Shots   Ahti Inc
Jrp Talent   Time Share   The Mom Team   American
Incomx Life Scam   Aerotek Reviews   Rain
Soft   Iga Scam   Zaken Corp Scam   Hs Gregg
Hornymatches   Epil Stop   Baja Doodle
Bugi   Raymour And Flanigan
Midland Mortgage Company   Ultimate Fares A Scam
Carvin Guitars   Emc Mortage



07/26 Cheapoair.com reviews - TRAVEL                    2747
07/26 Cheapoair.com, Arijit opinion - Travel Agents      400

<< Start < Prev 1 Next > End >>
Results 1 - 19 of 19

**Airlines**

Consumer Airline reviews about reservations, flight schedules, ticket specials,
travel planning, membership, and airline industry news. Share your airline
experience with other consumers.

- CheapTickets  ( 5 items )
- Monaco Coach Corporation  ( 5 items )
- Consumer Wholesale Travel  ( 4 items )
- Delta  ( 4 items )
- cheapoair.com  ( 3 items )
- Frontier Airlines  ( 3 items )
- Worry Free Vacations  ( 3 items )
- Emirates Airlines  ( 3 items )
- Air Jamaica  ( 3 items )
- Singapore Airlines  ( 3 items )
- Ryan Air  ( 2 items )
- Mexicana Airlines  ( 2 items )
- Lowestfare  ( 2 items )
- Jack Pujji - Lowest Airfare Finder  ( 2 items )
- Accor NA-Motel 6  ( 1 item )

Blog  |  Contact Us  |  Search  |  News Feeds  |  Consumer Jokes  |  Goverment Resources  |  Privacy Policy
© 2008 Cheapoair @ Pissed Consumer

**Our Friends**

**Consumer Reports** is the
most famous consumer
product reviews and rating
agency.

This Consumer Blog offers
alternative look at
**Consumer Product
Reviews**

**Complaints:** Learn how to
write proper complaint
letters that get the results

**Featured Complaints**

Neil Construction
The Bray Co.
Freelotto
Advanta Bank
Tom Bush Mini
Chris Nabinger Presents On
Embedded Software
Chris Nabinger Overviews Multi
Protocol Label Switching (mpls)
Chris Nabinger Presents At Cio
Conference
Chris Nabinger
Direct Tv
Aarons Furniture Rentals

---

Schwan's Refrigerated truck keeps me awake all night

**Hot Topics**

Franklin First Financial  Jobyrider  Sprint  Target

Phoenix Management  Smc Scam  Maryu

Bagellagama  **Kymara**  Hms Home Warranty

Rooms To Go Reviews  Web2charge Fraud

Liquidationcom Review  Glamour Shots  Afnl Inc

Jrp Talent  Time Share  The Meht Team  American

Income Life Scam  Aerotek Reviews.  **Rain**

**Soft**  Ips Scam  Zaken Corp Scam  Hh Gregg

**Hornymatches**  Epil Stop  Baja Doodle

Bug  **Raymour And Flanigan**

Midland Mortgage Company  Ultimate Fanea A Scam

Carvin Guitars  Emc Mortage



| | |
|---|---|
| 07/26 Cheapoair.com reviews - TRAVEL | 2747 |
| 07/26 Cheapoair.com, Arijit opinion - Travel Agents | 400 |

<< Start < Prev 1 Next > End >>

Results 1 - 19 of 19

**Airlines**

Consumer Airline reviews about reservations, flight schedules, ticket specials, travel planning, membership, and airline industry news. Share your airline experience with other consumers.

- CheapTickets  ( 5 items )
- Monaco Coach Corporation  ( 5 items )
- Consumer Wholesale Travel  ( 4 items )
- Delta  ( 4 items )
- cheapoair.com  ( 3 items )
- Frontier Airlines  ( 3 items )
- Worry Free Vacations  ( 3 items )
- Emirates Airlines  ( 3 items )
- Air Jamaica  ( 3 items )
- Singapore Airlines  ( 3 items )
- Ryan Air  ( 2 items )
- Mexicana Airlines  ( 2 items )
- Lowestfare  ( 2 items )
- Jack Pujii - Lowest Airfare Finder  ( 2 items )
- Accor NA-Motel 6  ( 1 items )

Blog | Contact Us | Search | News Feeds | Consumer Jokes | Goverment Resources | Privacy Policy
© 2008 Cheapoair @ Pissed Consumer

**Our Friends**

**Consumer Reports** is the most famous consumer product reviews and rating agency.

This Consumer Blog offers alternative look at **Consumer Product Reviews**

**Complaints**: Learn how to write proper complaint letters that get the results

**Featured Complaints**

Neil Construction

The Bray Co.

Freelotto

Advanta Bank

Tom Bush Mini

Chris Nabinger Presents On Embedded Software

Chris Nabinger Overviews Multi Protocol Label Switching (mpls)

Chris Nabinger Presents At Cio Conference

Chris Nabinger

Direct Tv

Aarons Furniture Rentals



**Pissed Consumer**
*I'm Pissed*

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password? No account yet? Register     login

**CheapOair.com**
CheapOair is a Airline Wholesaler Save 65% on Next Trip, All Airlines
www.CheapOair.com

**Bargain Airfare Deals**
Seven tips to find the best fares. Search all major sites in one place
www.smartertravel.com

**Cheapest Air Tickets**
Save 85% Off Air Tickets With Our Cheap Wholesale Airfares. Compare!
Travelation.com

Ads by Google

Bookmark Us

Post a Complaint

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Ads by Google

**Cheapest Air Tickets,**
Find Cheapest Air Tickets,
We Compare the Top
Travel Sites Easily
www.TravelGrove.com

**Find Low Air Fares,**
Save Up To 70% On
Discount Flights! Enter
Your Travel Details Today.
www.ShermansTravel.com

**Cheap Airfare**
Search Across Multiple
Travel Sites And Get Low
Fares At Many Locations
www.travelzoo.com

**Cheap Airline Tickets**
Search Airline Tickets &
Save Big! With
CheapTickets®, It's
Simple.
www.CheapTickets.com

**Air Tickets**
Book with Expedia for
Cheap 2007 Airfares &
Ticket Prices Guaranteed
www.Expedia.com

**Recently Discussed**
- Bobs Discount Furniture
  BOB is a con artist
- Direct Buy
  I just feel like they scam real well
- Direct Buy
  Biggest scam ever, beware
- Summerbay Resorts
  Summerbay resort rip offs!
- Bank Of America
  Bank of America - a terrible experience
- Allied Interstate
  THIS IS RIDICULOUS!!
- Schwans Home Service

ContentLink™          Advertisement

Ads by Google

Home » Company Reviews » Cheap Plane Tickets
Learn about Cheap Plane Tickets.

**Cheapoair**
www.CouponMountain.com          more info »

Cheapoair is _____ and vacationa packages inforrr _____ a huge selection of cheap plane tickets, airline tickets and cheapest airfares. With the help of Cheapoair it is very easy to book the tickets online and to plan a vacation. Cheapoair provides business class fares, first class fares, a number of different top deals, weekend getaways, seasonal travel tickets, tickets for international flights, for Europe flights, Caribbean flights, Mexico flights, domestic flights, Canada flights, and so much more.

In addition, Cheapoair offers different travel resources, travel tips, it provides airline codes, news, travel glossary and many other things available on Cheapoair.com.

**Consumer Rating: 19 Review Points**

**Best Consumer Reports:**
- Cheapoair.com reviews - TRAVEL
- Cheapo air misleading website
- CheapOair is the worst, stay away from them
- CheapOair is horrible.
- Cheapo Air agent failed to make promised cancellation, I'm stuck !

| Date | Cheapoair Reviews | Hits |
|------|-------------------|------|
| 06/20 | 8 Months still not refund | 4 |
| 06/20 | CheapOair is very sorry; yes they are! | 8 |
| 06/12 | Cheapoair charges an enormous amount of fee | 85 |
| 06/04 | It will take more than ten words | 126 |
| 05/23 | Cheapoair Takes Forever to Complete a Refund | 91 |
| 05/21 | Cheap O Air-AWFUL | 288 |
| 05/18 | Class action lawsuit on CheapOair.com | 328 |
| 05/02 | Cheapoair sold non-existing flights | 307 |
| |  | |
| 04/24 | CHEAPOAIR WILL COST YOU | 278 |
| 04/23 | Trying to book a flight with CheapO | 321 |
| 04/19 | Cheapo Air- Nothing short of Fraud! | 375 |
| 02/01 | Cheapo air misleading website | 1468 |
| 01/30 | Cheapo Air agent failed to make promised cancellation, I'm stuck ! | 610 |
| 01/06 | CheapOair is the worst, stay away from them | 753 |
| 10/30 | Cheapoair Customer Service | 344 |
| 10/22 | Renee Cheapoair Customer Service | 256 |
| 09/11 | AVOID CHEAPOAIR | 496 |
| 09/01 | CheapOair is horrible. | 717 |
| 08/23 | Cheapoair.com Reviews | 435 |

**$ Travel Nursing Jobs $**

Work 8-26wk
· Nursing Jobs - No
LPNs Make
$95,000yr + Benefits
& Housing

www.TravelNursesNow.com

Referral Ads by Google

⊞☐ AUCTIONS
⊞☐ AUTO
⊞☐ COMPUTER
⊞☐ CONS
⊞☐ CONSUMER
⊞☐ DELIVERY
⊞☐ EDUCATION
⊞☐ FINANCE
⊞☐ FOOD
 ☐ GOVERNMENT
⊞☐ HEALTH
 ☐ OTHER
⊞☐ SERVICE
⊞☐ TRAVEL

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica
- Expedia
- Iberostar
- Tiran Zaken
- Raymore and Flanigan

Schwan's Refrigerated truck keeps me
awake all night



**Hot Topics**

Franklin First Financial   Jcbyrider   Spirit   Target
Phoenix Management   Stac Scam   Mayu
Bogottagama  **Kymara**   Hma Home Warranty
Rooms To Go Reviews   Webjcharge Fraud
Laputakforsocan Review   Glamour Shots   Afrihwa
Jrp Talent   Time Share   The Mom Team   American
Income Life Scam   Aerotek Reviews   **Rain**
**Soft**   Ipa Scam   Zaken Corp Scam   Hh Gregg
**Hornymatches**   Epit Stop   Baja Doodle
Bug   **Raymour And Flanigan**
Midland Mortgage Company   Ultemate Fares A Scam
Carvin Guitars   Eme Mortage

| | |
|---|---|
| 07/26 Cheapoair.com reviews - TRAVEL | 2747 |
| 07/26 Cheapoair.com, Arijit opinion - Travel Agents | 400 |

<< Start < Prev 1 Next > End >>

Results 1 - 19 of 19

### Airlines

Consumer Airline reviews about reservations, flight schedules, ticket specials,
travel planning, membership, and airline industry news. Share your airline
experience with other consumers.

- CheapTickets  *( 5 items )*
- Monaco Coach Corporation  *( 5 items )*
- Consumer Wholesale Travel  *( 4 items )*
- Delta  *( 4 items )*
- cheapoair.com  *( 3 items )*
- Frontier Airlines  *( 3 items )*
- Worry Free Vacations  *( 3 items )*
- Emirates Airlines  *( 3 items )*
- Air Jamaica  *( 3 items )*
- Singapore Airlines  *( 3 items )*
- Ryan Air  *( 2 items )*
- Mexicana Airlines  *( 2 items )*
- Lowestfare  *( 2 items )*
- Jack Pujji - Lowest Airfare Finder  *( 2 items )*
- Accor NA-Motel 6  *( 1 items )*

**Our Friends**

**Consumer Reports** is the
most famous consumer
product reviews and rating
agency.

This Consumer Blog offers
alternative look at
**Consumer Product
Reviews**

**Complaints**: Learn how to
write proper complaint
letters that get the results

**Featured Complaints**

Neil Construction

The Bray Co.

Freelotto

Advanta Bank

Tom Bush Mini

Chris Nabinger Presents On
Embedded Software

Chris Nabinger Overviews Multi
Protocol Label Switching (mpls)

Chris Nabinger Presents At Cio
Conference

Chris Nabinger

Direct Tv

Aarons Furniture Rentals



**Pissed Consumer**
*I'm Pissed*

Submit complaint | Consumer Tips | About Us

Username
Password
☐ Remember Me
Lost Password?
No account yet? Register
login

**CheapOair.com**
CheapOair is a Airline Wholesaler Save 65% on Next Trip, All Airlines
www.CheapOair.com

**Bargain Airfare Deals**
Seven trips for the best fares. Search all major sites in one place
www.smartertravel.com

**Cheapest Air Tickets**
Save 85% Off Air Tickets With Our Cheap Wholesale Airfares. Compare!
Travelation.com

Ads by Google

Bookmark Us

Post a Complaint

Home > Company Reviews > Cheapoair

## Cheapoair

Cheapoair.com is a website that brings airfares, hotels, car rentals and vacationa packages information from numerous sources. The company offers a huge selection of cheap plane tickets, airline tickets and cheapest airfares. With the help of Cheapoair it is very easy to book the tickets online and to plan a vacation. It provides business class fares, first class fa... weekend getaways, seasonal travel tickets flights, Caribbean flights, Mexico flights, domestic flights, Canada flights, and so much more.

In addition, Cheapoair offers different travel resources, travel tips, it provides airline codes, news, travel glossary and many other things available on Cheapoair.com.

**Consumer Rating: 19 Review Points**

Best Consumer Reports:

- Cheapoair.com reviews - TRAVEL
- Cheapo air misleading website
- CheapOAir is the worst, stay away from them
- CheapOair is horrible.
- Cheapo Air agent failed to make promised cancellation, I'm stuck I

| Date | Cheapoair Reviews | Hits |
|------|-------------------|------|
| 06/20 | 8 Months still not refund | 4 |
| 06/20 | CheapOair is very sorry; yes they are! | 8 |
| 06/12 | Cheapoair charges an enormous amount of fee | 85 |
| 06/04 | It will take more than ten works | 126 |
| 05/23 | Cheapo Takes Forever to Complete a Refund | 91 |
| 05/21 | Cheapo O Air-AWFUL | 288 |
| 05/18 | Class action lawsuit on CheapOair.com | 328 |
| 05/02 | Cheapoair sold non-existing flights | 307 |
| 04/24 | CHEAPOAIR WILL COST YOU | 278 |
| 04/23 | Trying to book a flight with CheapO | 321 |
| 04/19 | Cheapo Air- Nothing short of Fraud! | 375 |
| 02/01 | Cheapo air misleading website | 1468 |
| 01/30 | Cheapo Air agent failed to make promised cancellation, I'm stuck ! | 610 |
| 01/06 | CheapOAir is the worst, stay away from them | 753 |
| 10/30 | Cheapo Air Customer Service | 344 |
| 10/22 | Renee Cheapoair Customer Service | 256 |
| 09/11 | AVOID CHEAPOAIR | 496 |
| 09/01 | CheapOair is horrible. | 717 |
| 08/23 | Cheapoair.com Reviews | 435 |

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Ads by Google

**Cheapest Air Tickets.**
Find Cheapest Air Tickets, We Compare the Top Travel Sites Easily
www.TravelGrove.com

**Find Low Air Fares.**
Save Up To 70% On Discount Flights! Enter Your Travel Details Today.
www.ShermansTravel.com

**Cheap Airfare**
Search Across Multiple Travel Sites And Get Low Fares At Many Locations
www.travelzoo.com

**Cheap Airline Tickets**
Search Airline Tickets & Save Big! With CheapTickets®, It's Simple.
www.CheapTickets.com

**Air Tickets**
Book with Expedia for Cheap 2007 Airfares & Ticket Prices Guaranteed
www.Expedia.com

**Recently Discussed**
- Bobs Discount Furniture
  BOB is a con artist
- Direct Buy
  I just feel they scam real well
- Direct Buy
  Biggest scam ever, beware
- Summerbay Resorts
  Summerbay resort rip offs!
- Bank Of America
  Bank of America - a terrible experience
- Allied Interstate
  THIS IS RIDICULOUS!!
- Schwans Home Service

- ⊞ AUCTIONS
- ⊞ AUTO
- ⊞ COMPUTER
- ⊞ CONS
- ⊞ CONSUMER
- ⊞ DELIVERY
- ⊞ EDUCATION
- ⊞ FINANCE
- ⊞ FOOD
- ⊞ GOVERNMENT
- ⊞ HEALTH
- ⊞ OTHER
- ⊞ SERVICE
- ⊞ TRAVEL

Referral Ads by Google

**$ Travel Nursing Jobs $**

Work 8-26wk

· Nursing Jobs - No LPNs Make $95,000yr + Benefits & Housing

www.TravelNurseNow.com

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica
- Expedia
- Iberostar
- Tiran Zaken
- Raymore and Flanigan

Schwan's Refrigerated truck keeps me awake all night

**Hot Topics**

Francis First Financial   Jobynder   Sprint   Target

Phoenx Management   Sno Scam   Mayu

BogoRagama   Kymara   Hms Home Warranty

Rooms To Go Reviews   Wadjicharge Fraud

Liquidationcom Review   Glamour Shots   Afni Inc

Jip Talent   Time Share   The Mom Team   American

Income Life Scam   Aerotek Reviews   Rain

Soft   Iya Scam   Zaksen Corp Scam   Hh Gregg

Hornymatches   Epil Stop   Baja Doodle

Bug   Raymour And Flanigan

Midland Mortgage Company   Ultimate Fares A Scam

Canvin Guitars   Eric Mortage



07/26 Cheapoair.com reviews - TRAVEL                    2747
07/26 Cheapoair.com, Arijit opinion - Travel Agents      400

<< Start < Prev 1 Next > End >>

Results 1 - 19 of 19

**Airlines**

Consumer Airline reviews about reservations, flight schedules, ticket specials, travel planning, membership, and airline industry news. Share your airline experience with other consumers.

- CheapTickets  ( *5 items* )
- Monaco Coach Corporation  ( *5 items* )
- Consumer Wholesale Travel  ( *4 items* )
- Delta  ( *4 items* )
- cheapoair.com  ( *3 items* )
- Frontier Airlines  ( *3 items* )
- Worry Free Vacations  ( *3 items* )
- Emirates Airlines  ( *3 items* )
- Air Jamaica  ( *3 items* )
- Singapore Airlines  ( *3 items* )
- Ryan Air  ( *2 items* )
- Mexicana Airlines  ( *2 items* )
- Lowestfare  ( *2 items* )
- Jack Pujji - Lowest Airfare Finder  ( *2 items* )
- Accor NA-Motel 6  ( *1 item* )

Blog  |  Contact Us  |  Search  |  News Feeds  |  Consumer Jokes  |  Goverment Resources  |  Privacy Policy
© 2008 Cheapoair @ Pissed Consumer

**Our Friends**

**Consumer Reports** is the most famous consumer product reviews and rating agency.

This Consumer Blog offers alternative look at **Consumer Product Reviews**

**Complaints:** Learn how to write proper complaint letters that get the results

**Featured Complaints**

Neil Construction

The Bray Co.

Freelotto

Advanta Bank

Tom Bush Mini

Chris Nabinger Presents On Embedded Software

Chris Nabinger Overviews Multi Protocol Label Switching (mpls)

Chris Nabinger Presents At Cio Conference

Chris Nabinger

Direct Tv

Aarons Furniture Rentals



**Pissed Consumer**
*I'm Pissed*

Submit complaint | Consumer Tips | About Us

Username
Password

Remember Me
Lost Password? Register
No account yet? Register

login

Bookmark Us

Post a Complaint

**CheapOair.com**
CheapOair is a Airline Wholesaler Save 65% on Next Trip, All Airlines
www.CheapOair.com

**Bargain Flight Deals**
Super cheap tickets - lowest fares! Search all major sites in one place
www.smartertravel.com

**Cheapest Air Tickets**
Save 85% Off Air Tickets With Our Cheap Wholesale Airfares. Compare!
Travelation.com

Ads by Google

Home » Company Reviews » Cheapoair

# Cheapoair

**Home**
**Add a complaint**
**Latest Reviews**
**Consumer Reports**
**Company Reviews**
**Consumer Forum**
**Consumer Advocacy**
**Sample Complaint Letter**
**Affiliates**

search

Cheapoair.com is a website that brings airfares, hotels, car rentals and vacationa packages information from numerous sources. The company offers a huge selection of cheap plane tickets, airline tickets and cheapest airfares. With the help of Cheapoair it is very easy to book the tickets online and/or plan a vacation. Cheapoair provides business class fares, first class fares, a number of different top deals, weekend getaways, seasonal travel tickets, tickets for international flights, for Europe flights, Caribbean flights, Mexico flights, domestic flights, Canada flights and so much more.

In addition, Cheapoair offers different travel resources, travel tips, it provides airline codes, news, travel glossary and many other things available on Cheapoair.com.

**Consumer Rating: 21 Review Points**

Best Consumer Reports:
- Cheapoair.com reviews - TRAVEL
- Cheapo air misleading website
- CheapOAir is the worst, stay away from them
- CheapOair is horrible.
- Cheap Air agent failed to make promised cancellation. I'm stuck !

Ads by Google

**Cheap Air Tickets**
Find The Cheapest And Most Reliable Air Tickets At CheapTickets.com
www.CheapTickets.com

**Cheapest Air Tickets.**
Find Cheapest Air Tickets, We Compare the Top Travel Sites Easily
www.TravelGrove.com

**Find Low Air Fares.**
Save Up To 70% On Discount Flights! Enter Your Travel Details Today.
www.ShermansTravel.com

**Cheap Airfares**
Save Time and Money with the Airfare Search Engine at Travelzoo®
www.travelzoo.com

**How to Find Cheap Flights**
The secret to discount airfare even in peak travel season. Free Report.
www.International-Living.com

| Date | Cheapoair Reviews | Hits |
|------|-------------------|------|
| 06/20 | 8 Months still not refund | 11 |
| 06/20 | CheapOair is very sorry; yes they are! | 17 |
| 06/12 | Cheapoair charges an enormous amount of fee | 91 |
| 06/04 | it will take more than ten words | 127 |
| 05/23 | Cheapoair Takes Forever to Complete a Refund | 93 |
| 05/21 | Cheapo O Air-AWFUL | 291 |
| 05/18 | Class action lawsuit on CheapOair.com | 337 |
| 05/02 | Cheapoair sold non-existing flights | 312 |
| 04/24 | CHEAPOAIR WILL COST YOU | 281 |
| 04/23 | Trying to book a flight with CheapO | 324 |
| 04/19 | Cheapo Air- Nothing short of Fraud! | 375 |
| 02/01 | Cheapo air misleading website | 1481 |
| 01/30 | Cheapo Air agent failed to make promised cancellation, I'm stuck ! | 615 |
| 01/06 | CheapoAir is the worst, stay away from them | 756 |
| 10/30 | Cheapoair Customer Service | 345 |
| 10/22 | Renee Cheapoair Customer Service | 256 |
| 09/11 | AVOID CHEAPOAIR | 497 |
| 09/01 | CheapOair is horrible. | 720 |
| 08/23 | Cheapoair.com Reviews | 436 |

monster
POST A JOB
DRAG THE ICONS TO THE HUB
FIND THE WORLD'S BEST EMPLOYEE

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Referral Ads by Google

**Government Auctions**

Foreclosures seized property, coins cars from $500, jewelry and more!

www.policeauctions.com

**Recently Discussed**

- Rent A Center
  Can rac handel the truth
- Banfield Pet Hospital
  Just got screwed at Banfield
- Home Depot
  Home Depot Does Not Care About It's Employee's
- Bank Of America
  Bank of America's overdraft goldmine
- PSI Seminars
  PSI-scared stiff
- SRG America
  SRG AMERICA Ripped off my money

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica
- Expedia
- Iberostar
- Tiran Zaken
- Raymore and Flanigan

# RHEEM & BELL LLP
## ATTORNEYS AT LAW

June 19, 2008

**VIA FEDERAL EXPRESS**
Privacy Manager - PissedConsumer.com
1673 East 16th Street, PMB 85
Brooklyn, NY 11229

**Re:    CheapoAir and CheapoAir.com**

To Whom It May Concern:

This firm represents CheapoAir. You are hereby placed on notice that your domain, http://cheapoair.pissedconsumer.com, infringes upon our client's trademark.

By utilizing this domain name you have appropriated the CheapoAir trademark in order to reach an audience of internet users who desire to reach, and utilize the services of, the CheapoAir web site. Furthermore, using internet search engines as an intermediary, you have intercepted a portion of our target audience and misled them in an attempt to distill upon them your own commercial message. This is an unacceptable infringement upon the trademark of CheapoAir.

You are instructed to immediately cease and desist in the use of the name CheapoAir in any commercial manner including, but not limited to, the domain http://cheapoair.pissedconsumer.com. Your failure to comply with this demand by June 25, 2008 will leave our client no choice but to enforce their trademark rights by any means available to them, including the imposition of a law suit seeking an injunction against your use of the CheapoAir trademark, monetary damages, and attorneys fees.

Please be guided accordingly.

Yours truly,
Rheem & Bell LLP

Uel Rheem

# RHEEM & BELL LLP
### ATTORNEYS AT LAW

June 17, 2008

**VIA CERTIFIED MAIL, R.R.R.**
Opinion Corp d/b/a PissedConsumer.com
Media Relations
1673 East 16th Street, PMB 85
Brooklyn, NY 11229

**Re:    CheapoAir and CheapoAir.com**

To Whom It May Concern:

This firm represents CheapoAir. You are hereby placed on notice that your domain, http://cheapoair.pissedconsumer.com, infringes upon our client's trademark.

By utilizing this domain name you have appropriated the CheapoAir trademark in order to reach an audience of internet users who desire to reach, and utilize the services of, the CheapoAir web site. Furthermore, using internet search engines as an intermediary, you have intercepted a portion of our target audience and misled them in an attempt to distill upon them your own commercial message. This is an unacceptable infringement upon the trademark of CheapoAir.

You are instructed to immediately cease and desist in the use of the name CheapoAir in any commercial manner including, but not limited to, the domain http://cheapoair.pissedconsumer.com. Your failure to comply with this demand by June 25, 2008 will leave our client no choice but to enforce their trademark rights by any means available to them, including the imposition of a law suit seeking an injunction against your use of the CheapoAir trademark, monetary damages, and attorneys fees.

Please be guided accordingly.

Yours truly,
Rheem & Bell LLP


Uel Rheem


**Pissed Consumer**
*I'm Pissed*

Submit complaint | Consumer Tips | About Us

Username
Password

Remember Me
Lost Password?                    login
No account yet? Register

**Consumer Reports Website**
Find the top & worst products Unbiased
tests, ratings & reviews
www.ConsumerReports.org

**Debt Collection Agencies**
Get free guidance - advice - & price quotes
from multiple vendors.
CollectionAgencyResearch.com

**How to Remove Collections**
from Your Credit Report Guaranteed. I Raised
My Score Over 200 Points!
www.AAACreditGuide.com

Ads by Google

**Bookmark Us**

**Post a Complaint**

[search]

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Ads by Google

**Debt Collection Agencies**
Get free guidance - advice
- & price quotes from
multiple vendors.
CollectionAgencyResearch.com

**Zaken Corp Scam?...**
The Whole Shocking Truth
- Exposed Zaken
Corporation - Scrutinized
www.MoonLightReviews.com/Zake

**Arizona Fraud Attorney**
For Victims of Business,
Consumer or Real Estate
Fraud, Free Consult
breslow.com

**Maytag® Official Site**
Find & Compare
Dependable Appliances at
Maytag Today!
www.Maytag.com

**Sleep Number Bed
Reviews**
Want another opinion?
Read recent Reviews from
Sleep Number owners.
www.SelectComfort.com

Home » Contact Us

**By using mailing address below you will be
contacting Opinion Corp dba
PissedConsumer.com. We do not have information
or relationship to other companies discussed on
our site.**

**Mail directed to any other company will be
discarded.**

Opinion Corp DBA PissedConsumer.com
Media Relations
1673 East 16 Street, PMB 85
Brooklyn, NY 11229
United States

Send an e-mail to this Contact:

Enter your name:
Tedd Kessler

E-mail address:
tkessler.att@prodigy.net

Message subject:
TRO

Enter your message:
At approximately 4:00 pm today, Monday, June
30, 2008, an application will be made at the
United States District Court for the Southern
District of New York seeking a Temporary
Restraining Order and preliminary injunction
against Opinion Corp. The courthouse address
is 500 Pearl St, New York, New York.  You are
hereby invited to attend by presenting at the
clerk's office and requesting information
regarding the application of Fareportal Inc. d/b/a



[Send]

[ Back ]

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Referral Ads by Google

**Government
Auctions**

Foreclosures seized
property, coins cars
from $500, jewelry
and more!

www.policeauctions.com

**Recently Discussed**

• Sears
  Sears Auto Center review - AUTO
• Mags4cheap.com
  Mags4cheap.com fraud
• Anthony Sylvan
  Anthony Sylvan opinion - HEALTH-
  Spas
• Direct Buy
  Direct Buy will not save you money

• Girls Gone Wild
• Watchersweb
• iPostNaked
• Allied Interstate
• PrivacyMatters
• Primerica

Pissed Consumer - Contact



Username
Password
☐ Remember Me
Lost Password? | Register    login
No account yet? Register

**Consumer Reports Website**
Find the top & worst rated products Unbiased tests, ratings & reviews
www.ConsumerReports.org

**Debt Collection Agencies**
Get free guidance - advice & price quotes from multiple vendors.
CollectionAgencyResearch.com

**How to Remove Collections**
from Your Credit Report Guaranteed. I Raised My Score Over 200 Points!
www.AAACreditGuide.com

Ads by Google



Bookmark Us

Post a Complaint

Home  »  Contact Us

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Ads by Google

**Debt Collection Agencies**
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

**Zaken Corp Scam?...**
The Whole Shocking Truth - Exposed Zaken Corporation - Scrutinized
www.MoonLightReviews.com/Zake

**Arizona Fraud Attorney**
For Victims of Business, Consumer or Real Estate Fraud. Free Consult
breslolaw.com

**Maytag® Official Site**
Find & Compare Dependable Appliances at Maytag Today!
www.Maytag.com

**Sleep Number Bed Reviews**
Want another opinion? Read recent Reviews from Sleep Number owners.
www.SelectComfort.com

**By using mailing address below you will be contacting Opinion Corp dba PissedConsumer.com. We do not have information or relationship to other companies discussed on our site.**

**Mail directed to any other company will be discarded.**

Opinion Corp DBA PissedConsumer.com
Media Relations
1673 East 16 Street, PMB 85
Brooklyn, NY 11229
United States

Send an e-mail to this Contact:

Enter your name:
Tedd Kessler
E-mail address:
tkessler.att@prodigy.net
Message subject:
TRO
Enter your message:
At approximately 4:00 pm today, Monday, June 30, 2008, an application will be made at the United States District Court for the Southern District of New York seeking a Temporary Restraining Order and preliminary injunction against Opinion Corp. The courthouse address is 500 Pearl St, New York, New York. You are hereby invited to attend by presenting at the clerk's office and requesting information regarding the application of Fareportal Inc. d/b/a

Send

[ Back ]

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Referral Ads by Google

**Government Auctions**

Foreclosures seized property, coins cars from $500, jewelry and more!

www.policeauctions.com

**Recently Discussed**
- Sears
  Sears Auto Center review - AUTO
- Mags4cheap.com
  Mags4cheap.com fraud
- Anthony Sylvan
  Anthony Sylvan opinion - HEALTH-Spas
- Direct Buy
  Direct Buy will not save you money

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica



Pissed
Consumer
*I'm Pissed*

Submit complaint | Consumer Tips | About Us

Username
Password
login
□ Remember Me
Lost Password?
No account yet? Register

**Consumer Reports Website**
Find the top & worst rated products Unbiased tests, ratings & reviews
www.ConsumerReports.org

**Debt Collection Agencies**
Get free guidance - advice & price quotes from multiple vendors.
CollectionAgencyResearch.com

**How to Remove Collections**
from Your Credit Report Guaranteed. I Raised My Score Over 200 Points!
www.AAACreditGuide.com

Ads by Google




V V

_____ search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Ads by Google   V V

**Debt Collection Agencies**
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

**Zaken Corp Scam?...**
The Whole Shocking Truth - Exposed Zaken Corporation - Scrutinized
www.MoonLightReviews.com/Zake

**Arizona Fraud Attorney**
For Victims of Business, Consumer or Real Estate Fraud. Free Consult
breslaw.com

**Maytag® Official Site**
Find & Compare Dependable Appliances at Maytag Today!
www.Maytag.com

**Sleep Number Bed Reviews**
Want another opinion? Read recent Reviews from Sleep Number owners.
www.SelectComfort.com

Home  »  Contact Us

**By using mailing address below you will be contacting Opinion Corp dba PissedConsumer.com. We do not have information or relationship to other companies discussed on our site.**

**Mail directed to any other company will be discarded.**

Opinion Corp DBA PissedConsumer.com

Media Relations

1673 East 16 Street, PMB 85

Brooklyn, NY 11229

United States

Send an e-mail to this Contact:

Enter your name:
Tedd Kessler

E-mail address:
tkessler.att@prodigy.net

Message subject:
TRO

Enter your message:
At approximately 4:00 pm today, Monday, June 30, 2008, an application will be made at the United States District Court for the Southern District of New York seeking a Temporary Restraining Order and preliminary injunction against Opinion Corp. The courthouse address is 500 Pearl St, New York, New York. You are hereby invited to attend by presenting at the clerk's office and requesting information regarding the application of Fareportal Inc. d/b/a

[ Back ]

□ AUCTIONS
□ AUTO
□ COMPUTER
□ CONS
□ CONSUMER
□ DELIVERY
□ EDUCATION
□ FINANCE
□ FOOD
□ GOVERNMENT
□ HEALTH
□ OTHER
□ SERVICE
□ TRAVEL

Referral Ads by Google

**Government Auctions**

Foreclosures seized property, coins cars from $500, jewelry and more!

www.policeauctions.com

**Recently Discussed**

• Sears
  Sears Auto Center review - AUTO
• Mags4cheap.com
  Mags4cheap.com fraud
• Anthony Sylvan
  Anthony Sylvan opinion - HEALTH-Spas
• Direct Buy
  Direct Buy will not save you money

• Girls Gone Wild
• Watchersweb
• iPostNaked
• Allied Interstate
• PrivacyMatters
• Primerica



**Pissed Consumer**
*I'm Pissed*

Submit complaint | Consumer Tips | About Us

Username
Password
☐ Remember Me
Lost Password?     login
No account yet? Register

**Consumer Reports Website**
Find the top & worst rated products Unbiased tests, ratings & reviews
www.ConsumerReports.org

**Debt Collection Agencies**
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

**How to Remove Collections**
from Your Credit Report Guaranteed. I Raised My Score Over 200 Points!
www.AAACreditGuide.com

Ads by Google

Bookmark Us

Post a Complaint

**Home »  Contact Us**

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Ads by Google

**Debt Collection Agencies**
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

**Zaken Corp Scam?...**
The Whole Shocking Truth - Exposed Zaken Corporation - Scrutinized
www.MoonLightReviews.com/Zake

**Arizona Fraud Attorney**
For Victims of Business, Consumer or Real Estate Fraud. Free Consult
breslolaw.com

**Maytag® Official Site**
Find & Compare Dependable Appliances at Maytag Today!
www.Maytag.com

**Sleep Number Bed Reviews**
Want another opinion? Read recent Reviews from Sleep Number owners.
www.SelectComfort.com

By using mailing address below you will be contacting Opinion Corp dba PissedConsumer.com. We do not have information or relationship to other companies discussed on our site.

Mail directed to any other company will be discarded.

Opinion Corp DBA PissedConsumer.com
Media Relations
1673 East 16 Street, PMB 85
Brooklyn, NY 11229
United States

Send an e-mail to this Contact:

Enter your name:
Tedd Kessler

E-mail address:
tkessler.att@prodigy.net

Message subject:
TRO

Enter your message:
At approximately 4:00 pm today, Monday, June 30, 2008, an application will be made at the United States District Court for the Southern District of New York seeking a Temporary Restraining Order and preliminary injunction against Opinion Corp. The courthouse address is 500 Pearl St, New York, New York. You are hereby invited to attend by presenting at the clerk's office and requesting information regarding the application of Fareportal Inc. d/b/a

Send

[ Back ]

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Referral Ads by Google

**Government Auctions**

Foreclosures seized property, coins cars from $500, jewelry and more!

www.policeauctions.com

**Recently Discussed**

- Sears
  Sears Auto Center review - AUTO
- Mags4cheap.com
  Mags4cheap.com fraud
- Anthony Sylvan
  Anthony Sylvan review - HEALTH-Spas
- Direct Buy
  Direct Buy will not save you money

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica



Pissed Consumer
I'm Pissed

Submit complaint | Consumer Tips | About Us

Username
Password
☐ Remember Me
Lost Password?          login
No account yet? Register

Consumer Reports Website
Find the top & worst rated products Unbiased tests, ratings & reviews
www.ConsumerReports.org

Debt Collection Agencies
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

How to Remove Collections
from Your Credit Report. Guaranteed. I Raised My Score Over 200 Points!
www.AAACreditGuide.com

Ads by Google



Bookmark Us

Post a Complaint

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Home » Contact Us

**By using mailing address below you will be contacting Opinion Corp dba PissedConsumer.com. We do not have information or relationship to other companies discussed on our site.**

**Mail directed to any other company will be discarded.**

Opinion Corp DBA PissedConsumer.com
Media Relations
1673 East 16 Street, PMB 85
Brooklyn, NY 11229
United States

🖵 AUCTIONS
⊞🖵 AUTO
⊞🖵 COMPUTER
⊞🖵 CONS
⊞🖵 CONSUMER
⊞🖵 DELIVERY
⊞🖵 EDUCATION
⊞🖵 FINANCE
🖵 FOOD
🖵 GOVERNMENT
⊞🖵 HEALTH
🖵 OTHER
⊞🖵 SERVICE
⊞🖵 TRAVEL

Referral Ads by Google

Ads by Google

Debt Collection Agencies
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

Zaken Corp Scam?...
The Whole Shocking Truth - Exposed Zaken Corporation - Scrutinized
www.MoonLightReviews.com/Zake

Arizona Fraud Attorney
For Victims of Business, Consumer or Real Estate Fraud. Free Consult
breslolaw.com

Maytag® Official Site
Find & Compare Dependable Appliances at Maytag Today!
www.Maytag.com

Sleep Number Bed Reviews
Want another opinion? Read recent Reviews from Sleep Number owners.
www.SelectComfort.com

Send an e-mail to this Contact:

Enter your name:
Tedd Kessler
E-mail address:
tkessler.att@prodigy.net
Message subject:
TRO
Enter your message:
At approximately 4:00 pm today, Monday, June 30, 2008, an application will be made at the United States District Court for the Southern District of New York seeking a Temporary Restraining Order and preliminary injunction against Opinion Corp. The courthouse address is 500 Pearl St, New York, New York. You are hereby invited to attend by presenting at the clerk's office and requesting information regarding the application of Fareportal Inc. d/b/a

Send

[ Back ]

**Government Auctions**

Foreclosures seized property, coins cars from $500, jewelry and more!

www.policeauctions.com

Recently Discussed

- Sears
  Sears Auto Center review - AUTO
- Mags4cheap.com
  Mags4cheap.com fraud
- Anthony Sylvan
  Anthony Sylvan opinion - HEALTH-Spas
- Direct Buy
  Direct Buy will not save you money

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica



**Pissed Consumer** *I'm Pissed*

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password?     login
No account yet? Register

**Consumer Reports Website**
Find the top & worst rated products Unbiased tests, ratings & reviews
www.ConsumerReports.org

**Debt Collection Agencies**
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

**How to Remove Collections**
from Your Credit Report Guaranteed, I Raised My Score Over 200 Points!
www.AAACreditGuide.com

Ads by Google



Bookmark Us

Post a Complaint

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Ads by Google

**Debt Collection Agencies**
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

**Zaken Corp Scam?...**
The Whole Shocking Truth - Exposed Zaken Corporation - Scrutinized
www.MoonLightReviews.com/Zake

**Arizona Fraud Attorney**
For Victims of Business, Consumer or Real Estate Fraud. Free Consult
breslaw.com

**Maytag® Official Site**
Find & Compare Dependable Appliances at Maytag Today!
www.Maytag.com

**Sleep Number Bed Reviews**
Want another opinion? Read recent Reviews from Sleep Number owners.
www.SelectComfort.com

Home » Contact Us

By using mailing address below you will be contacting Opinion Corp dba PissedConsumer.com. We do not have information or relationship to other companies discussed on our site.

Mail directed to any other company will be discarded.

Opinion Corp DBA PissedConsumer.com
Media Relations
1673 East 16 Street, PMB 85
Brooklyn, NY 11229
United States

Send an e-mail to this Contact:

Enter your name:
Tedd Kessler
E-mail address:
tkessler.att@prodigy.net
Message subject:
TRO

Enter your message:
At approximately 4:00 pm today, Monday, June 30, 2008, an application will be made at the United States District Court for the Southern District of New York seeking a Temporary Restraining Order and preliminary injunction against Opinion Corp. The courthouse address is 500 Pearl St, New York, New York. You are hereby invited to attend by presenting at the clerk's office and requesting information regarding the application of Fareportal Inc. d/b/a

Send

[ Back ]

**Recently Discussed**

- Sears
  Sears Auto Center review - AUTO
- Mags4cheap.com
  Mags4cheap.com fraud
- Anthony Sylvan
  Anthony Sylvan opinion - HEALTH-Spas
- Direct Buy
  Direct Buy will not save you money

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Referral Ads by Google

**Government Auctions**

Foreclosures seized property, coins cars from $500, jewelry and more!

www.policeauctions.com

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica