UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
FAREPORTAL INC. D/B/A CHEAPOAIR,

                                  Plaintiff,

                      -against-

OPINION CORP. D/B/A PISSEDCONSUMER,

                                Defendant.
-------------------------------------------------------------------x

08 CIV

AFFIRMATION
OF
TEDD KESSLER
(Supplemental)

      Tedd Kessler, an attorney duly admitted to the courts of the State of New York, and the United States District Court for the Southern District of New York, affirms, under penalty of perjury, as follows:

      1.    I am the attorney for the plaintiff herein and am fully familiar with the facts and circumstances surrounding this matter.

      2.    I submit this supplemental affirmation in support of plaintiff's application seeking a temporary restraining order and a preliminary injunction.

      3.    On July 1, 2008 I provided defendant OPINION CORP. D/B/A PISSEDCONSUMER with notice that a hearing would be conducted on plaintiff's application for a temporary restraining at the United States District Court for the Southern District of New York at 500 Pearl St, New York, New York on July 2, 2008 at 2:30 p.m. by e-mail through its website. A copy of said notice is attached hereto as exhibit "A". Your affirmant is unable to find any telephone number for the defendant.

1

4.      Additionally, attached hereto as exhibit "B" is the affidavit of service of Kelly Almonte wherein she states that she sent two copies of Plaintiff's Order to Show Cause, Memorandum of Law in support of said application, Declaration of Harsh Sood and Declaration of Ilya Zherebetskiy to defendant OPINION CORP. D/B/A PISSEDCONSUMER by Federal Express, overnight mail.  One of the addresses used was obtained from the pissedconsumer webpage: Opinion Corp DBA PissedConsumer.com, Media Relations, 1673 East 16 Street, Brooklyn, NY 11229.  The other address is registered with the New York Department of State, Division of Corporations, as the address to which the Department of State will mail process if accepted on behalf of the entity.  Attached hereto as exhibit "C" is a printout from the Department of State website which reveals that the address for service of process is Opinion Corp., 815 Gravesend Neck Road, Suite Number 6-R, Brooklyn, NY 11223.

6.      Finally, attached hereto as exhibit "D" is the affidavit of Sze Wong Tsui, a process server duly licensed by the State of New York.  Mr. Tsui states that on July 1, 2008 he served the defendant OPINION CORP. D/B/A PISSEDCONSUMER at 1673 East 16 Street, Brooklyn, NY 11229 by delivering the papers to a "John Doe" who is described in the affidavit of service.  Additionally, Mr. Tsui attempted service on defendant OPINION CORP. D/B/A PISSEDCONSUMER at 815 Gravesend Neck Road, Suite Number 6-R, Brooklyn, NY 11223 on July 1, 2008 at approximately 1:30 p.m. and 9:30 p.m. but was unable to find anyone and affixed the papers to the place of business and mailed a copy of the papers to the defendant at said address.

WHEREFORE, it is respectfully requested that this Court issue a temporary restraining order and preliminary injunction.

Dated:   New York, New York
         July 2, 2008

                                                    _____
                                                    Tedd Kessler

c:\tkdata\cheapo\affirmation of tk support of preliminary injunction.docx



Submit complaint | Consumer Tips | About Us

Username
Password
☐ Remember Me
Lost Password?
No account yet? Register
login

**Bookmark Us**

**Lawsuit Settlement**
Learn How to Receive a Lump Sum of Cash for Small Annuity Payments.
PeachtreeSettlementFunding.com



Ads by Google

**Post a Complaint**

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Ads by Google

**We Fight for Consumers**
NY Consumer Litigation attorney 30 years of experience.
onefinelawyer.com

**Consumer Mailing List**
Top 5 Websites For Consumer Mailing List
www.Click-Pick.com

**Discrimination at Lowe's?**
Looking for witnesses to racial bias against Lowe's employees.
www.jameshoyer.com

**Loews hardware stores**
100,000 Stores. Deals. Reviews. Loews Hardware Stores and More!
shopping.yahoo.com

**Stop Foreclosure Fast**
Multiple Options, 97% Success Rate Free Solutions. Find answers Today!
ForeclosureConsultations.com

**Recently Discussed**

- United Auto Credit Corporation - UACC
  Gestapo tactics
- Tires Plus
  Please allow me to educate a few people out there
- AmeriCredit
  Americredit Reposession
- Saxon Mortgage

Home » Contact Us

By using mailing address below you will be contacting Opinion Corp dba PissedConsumer.com. We do not have information or relationship to other companies discussed on our site.

Mail directed to any other company will be discarded.

Opinion Corp DBA PissedConsumer.com
Media Relations
1673 East 16 Street, PMB 85
Brooklyn, NY 11229
United States

Send an e-mail to this Contact:

Enter your name:
Tedd Kessler  212-477-3200
E-mail address:
tkessler.att@prodigy.net
Message subject:
Hearing 7-2-08 2:30 see letter belo

Enter your message:
Law Office of Tedd Kessler, P.C.
    Counselors at Law
    302 Fifth Avenue
    8th Floor
    New York, New York 10001

    (212) 477-3200
    Facsimile (212) 388-1714

[Send]

[ Back ]

⊟ AUCTIONS
⊞ AUTO
⊞ COMPUTER
⊞ CONS
⊞ CONSUMER
⊞ DELIVERY
⊞ EDUCATION
⊞ FINANCE
⊞ FOOD
⊟ GOVERNMENT
⊞ HEALTH
⊟ OTHER
⊞ SERVICE
⊞ TRAVEL

Referral Ads by Google

**Foreclosures in your Area**

Save 50% on your Dream Home. Find Homes from $10,000.

www.RealtyStore.com

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica

http://www.pissedconsumer.com/contact.html                    7/1/2008

ARM ADJUSTING SOON!!!!!!!!!!!!
- Credit Solutions Of America
  We've been SCAMMED!
- Saxon Mortgage
  Saxon is a scam!
- Best Buy
  Extra Warrenty Scam!

- Expedia
- Iberostar
- Tiran Zaken
- Raymore and Flanigan

**Our Friends**

**Consumer Reports** is the most famous consumer product reviews and rating agency.

This Consumer Blog offers alternative look at **Consumer Product Reviews**

**Complaints**: Learn how to write proper complaint letters that get the results

**Hot Topics**

Towbin Dodge   Girl Website   Proseal Review
Xlpharmacy   Adult Friend Finder Scam   Cydcor
Market America   Primerica Insurance   Girl Gone
Wildcorn   Citi Selling Primerica   Hair Cuttery Hours
Cooking Club Of America   Chrysler Financial
Atlantic Circulation Inc   Empire Today
Reviews   Tig Great   Cheapoair Reviews
Central Transport   Consumers
Clearing House   Mark Manuel   Phoenix Hard
Parts   Don Lemmon   Verflex   Behr Paint   Home
Depot   Nuwave Oven   Kymaro Sizes   Hayward Pool
Products   Target Employees
Powersportsmax

**Featured Complaints**

Lazboy

Neil Construction

The Bray Co.

Freelotto

Advanta Bank

Tom Bush Mini

Chris Nabinger Presents On Embedded Software

Chris Nabinger Overviews Multi Protocol Label Switching (mpls)

Chris Nabinger Presents At Cio Conference

Chris Nabinger

Blog | Contact Us | Search | News Feeds | Consumer Jokes | Goverment Resources | Privacy Policy | Direct Tv
© 2008 Pissed Consumer



Law Office of Tedd Kessler, P.C.
    Counselors at Law
    302 Fifth Avenue
    8th Floor
    New York, New York 10001


    (212) 477-3200
    Facsimile (212) 388-1714
    e-mail:tkessler.att@prodigy.net


July 1, 2008


Opinion Corp.
d/b/a pissedconsumer.com
815 Gravesend Neck Road
Suite #6R
Brooklyn, New York 11223


        Re:    Fareportal Inc. v. Opinion Corp.
                Index No. 08-Civ-5964(DOC)(REL)


To Whom it May Concern:

    Please be advised that a temporary restraining order hearing has been scheduled for tomorrow, July 2, 2008 at 2:30 p.m. at the United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 11B, New York, New York before Honorable Denise Cote.

    A copy of the Complaint and all papers in support of plaintiff's application seeking a temporary restraining order and preliminary injunction are being sent overnight mail for morning delivery. Process will also be effected today.

    Please have your attorney or representative appear at the aforementioned time and location.


Very truly yours,

Tedd Kessler

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

Kelly Almonte, being duly sworn, deposes and says:

I am not a party to this action, am over 21 years of age and reside at Bronx, New York.

On July 1, 2008 affiant served the within

**Plaintiffs' Order to Show Cause for a Preliminary Injunction,**
**Memorandum of Law in Support of Plaintiffs' Order to Show Cause for a Preliminary Injunction,**
**Declaration of Harsh Sood &**
**Declaration of Ilya Zherebetskiy**

by delivering the same via Federal Express, Priority Overnight mail in a sealed envelope, addressed to the last known address of the addressee(s) as indicated below:

To:
Opinion Corp.
1673 East 16th Street
Brooklyn, New York 11229
Tracking No. 8585 5842 3969

Opinion Corp.
815 Gravesend Neck Road Suite 6R
Brooklyn, New York 11223
Tracking No. 8585 5842 3970

_____
Kelly Almonte

State of New York            )
                             ) ss.:
County of New York           )

On this 1st day of July 2008 before me, the undersigned, personally appeared **Kelly Almonte**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he.she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
TEDD KESSLER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-5010681
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 31, 2011

-1-

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: OPINION CORP.

Selected Entity Status Information

**Current Entity Name:** OPINION CORP.
**Initial DOS Filing Date:** DECEMBER 11, 2006
**County:** KINGS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
OPINION CORP.
815 GRAVESEND NECK ROAD
SUITE #6-R
BROOKLYN, NEW YORK, 11223

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page

-----------------------------------------------------------x

Fareportal Inc. D/B/A Cheapoair,

                Plaintiff,

-against-

Opinion Corp. D/B/A Pissedconsumer,

                Defendant.

-----------------------------------------------------------x

Affidavit of Service

Civil Action #: 08-Civ-5964(DOC)(REL)

STATE OF NEW YORK: COUNTY OF New York: ss:

Sze Wong Tsui, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 1, 2008   2008 at 1:30PM at 1673 E 16 ST Brooklyn, NY 11229
deponent served the within Plaintiffs' Order to Show Cause for a Preliminary Injunction, Memorandum of Law in Support of Plaintiffs' Order to Show Cause for a Preliminary Injunction, Declaration of Harsh Sood Declaration of Ilya Zherebetskiy
on OPINION CORP therein named

**INDIVIDUAL 1 ☐**
By personally delivering and leaving with said a true copy thereof, and that he knew the person so served to be the person mentioned and described in said _____

**CORPORATION 2 ☒**
☐ Defendant was identified by self admission and by the photograph furnished.

By delivering and leaving with John Doe at 1673 E 16th St Brooklyn, N.Y., and that he knew the person so served to be the authorized agent of the corporation, and said person stated that he was authorized to accept service on behalf of the corporation.

**SUITABLE AGE PERSON 3 ☐**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:

**AFFIXING TO DOOR, ETC. 4 ☐**
By delivering a true copy thereof and leaving with John Doe she/he was person of suitable age and discretion at 1673 E 16 ST Brooklyn, NY 11229 the said premises being the defendants-respondent place of business within the State of New York.

**MAILING Use with 3 or 4  5 ☒**
By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**PREVIOUS ATTEMPTS Use with 4  6 ☐**
Deponent completed service under the last two sections by depositing a copy of the _____, a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____.

Deponent had previously attempted to serve the above named defendant/respondent.
A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT OR PERSON SPOKEN TO CONFIRMING NON MILITARY STATUS OF DEFENDANT IS AS FOLLOWS:
Approximate age 30-40  Approximate weight 200-250  Approximate Height 5'1"-6'  Sex M
Color of skin White  Color of Hair Brn  eyes Brn  Other _____

☐ Spoke with _____ who confirmed non-military status of defendant. Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sze Wong Tsui
L#0951371

Sworn to before me this 2nd July, 2008

NOTARY PUBLIC

TEDD KESSLER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02KE5010681
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 5/31/11

Case 1:08-cv-05964-DLC   Document 8-5   Filed 07/02/2008   Page 2 of 2

------------------------------------------------------------x
Fareportal Inc. D/B/A Cheapoair,

                Plaintiff,

-against-

Opinion Corp. D/B/A Pissedconsumer,

                Defendant.
------------------------------------------------------------x

Affidavit of Service

Civil Action #: 08-Civ-5964(DOC)(REL)

STATE OF NEW YORK: COUNTY OF New York: ss:

    Sze Wong Tsui, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 1, 2008 2008 at 1:00pm / 9:30pm at 815 Gravesend Neck Road s#6R Brooklyn NY deponent served the within Plaintiffs' Order to Show Cause for a Preliminary Injunction, Memorandum of Law in Support of Plaintiffs' Order to Show Cause for a Preliminary Injunction, Declaration of Harsh Sood Declaration of Ilya Zherebetskiy on OPINION CORP therein named

**INDIVIDUAL 1** ☐ By personally delivering and leaving with said a true copy thereof, and that he knew the person so served to be the person mentioned and described in said _____

**CORPORATION 2** ☒ ☐ Defendant was identified by self admission and by the photograph furnished.

By delivering and leaving with _____ at _____, N.Y., and that he knew the person so served to be the authorized agent of the corporation, and said person stated that he was authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON 3** ☐ By delivering a true copy thereof and leaving with _____ she/he was person of suitable age and discretion at _____ the said premises being the defendants-respondent place of business within the State of New York.

**AFFIXING TO DOOR, ETC. 4** ☒ By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York. July 1 2008 ~~4:00PM~~ 9:30pm.

**MAILING Use with 3 or 4  5** ☒ Deponent completed service under the last two sections by depositing a copy of the _____, a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____.

**PREVIOUS ATTEMPTS Use with 4  6** ☐ Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT OR PERSON SPOKEN TO CONFIRMING NON MILITARY STATUS OF DEFENDANT IS AS FOLLOWS:
Approximate age_____ Approximate weight_____ Approximate Height_____ Sex_____
Color of skin_____ Color of Hair_____ eyes_____ Other_____

☐ Spoke with _____ who confirmed non-military status of defendant. Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

_/s/ Sze Wong Y-_
L# 0951311

Sworn to before me this 2nd day of July, 2008

TEDD KESSLER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02KE5010681
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 5/31/11