```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FAREPORTAL, INC. D/B/A CHEAPOAIR,        :
                                         :
                    Plaintiff,           :
                                         :         08 Civ. 5964
              -v-                        :         (DLC)(RLE)
                                         :
OPINION CORP. D/B/A PISSEDCONSUMER,      :         ORDER OF
                                         :         REFERENCE TO A
                    Defendant.           :         MAGISTRATE JUDGE
----------------------------------------X

DENISE COTE, District Judge:

     The above entitled action is referred to the designated Magistrate
Judge for the following purpose(s):

___  General Pretrial (includes            ___  Consent under 28 U.S.C. §
     scheduling, discovery, non-                636(c) for all purposes
     dispositive pretrial motions,              (including trial)
     and settlement)

___  Specific Non-Dispositive              ___  Consent under 28 U.S.C. §
     Motion/Dispute*                            636(c) for limited purpose
                                                (e.g., dispositive motion,
     _____                   preliminary injunction)
                                                Purpose:
     _____
                                                _____

     If referral is for discovery          ___  Habeas Corpus
     disputes when the District Judge
     is unavailable, the time period
     of the referral:

     _____

 X   Settlement*                           ___  Social Security

___  Inquest After Default/Damages         ___  Dispositive Motion (i.e.,
     Hearing                                    motion requiring a Report and
                                                Recommendation)
                                                Particular Motion:

                                                _____

     SO ORDERED:

Dated:     New York, New York
           July 2, 2008
                                         _____
                                                  DENISE COTE
                                         United States District Judge