UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

FAREPORTAL INC. D/B/A CHEAPOAIR,

Plaintiff,

-against-

OPINION CORP. D/B/A PISSEDCONSUMER,

Defendant.

---------------------------------------------------------------x

08 CIV

AFFIRMATION OF TEDD KESSLER

Tedd Kessler, an attorney duly admitted to the courts of the State of New York, and the United States District Court for the Southern District of New York, affirms, under penalty of perjury, as follows:

1. I am the attorney for the plaintiff herein and am fully familiar with the facts and circumstances surrounding this matter.

2. I submit this affirmation in support of plaintiff's application seeking a temporary restraining order and a preliminary injunction.

3. The following declarations are submitted in support of plaintiff's application:

Harsh Sood

Ilya Zherebetskiy

4. Cease-and-desist letters were sent to the defendant on June 17 and June 19, 2008. See, exhibit "F", attached hereto.

5. On June 30, 2008 at approximately 1:50 p.m. I provided defendant pissedconsumer notice of the plaintiff's application for a temporary restraining

order by e-mail through its website. A copy of said notice is attached hereto as exhibit "G". The notice informed the defendant that an application for a temporary restraining order and preliminary injunction would be made at the United States District Court for the Southern District of New York at 500 Pearl St, New York, New York at approximately 4 p.m. Your affirmant is unable to find any telephone number for the defendant.

5. Exhibits referred to in the brief are as follows and attached hereto:

Exhibit A. Google search results for Cheapoair;

Exhibit B. Homepage for cheapoair.pissedconsumer.com;

Exhibit C. Homepage for cheapoair.com.pissedconsumer.com;

Exhibit D. Copy of the application for trademark registration dated March 6, 2008 with notification of application receipt;

Exhibit E. Printouts from defendants' webpage which show the hyperlinks when the cursor is on the hyperlink.

6. Exhibits referred to in the Declaration of Harsh Sood are as follows and are attached to said declaration:

Exhibit A. Certificate of Incorporation of Fareportal Inc.

Exhibit B. Certificate of Assumed Name

Exhibit C. Copy of trademark/service mark application for "cheapoair.com the only way to go!!" with receipt.

7. Exhibits referred to in the Declaration of Ilya Zherebetskiy are as follows and are attached to said declaration:

Exhibit A. Listing of descriptive metatags

Exhibit B. Listing of keywords metatags

Exhibit C Comparison of the metatags on the Cheapoair side versus the metatags used on the pissedconsumer website for Cheapoair.

8. No previous application has been made for the relief sought herein.

WHEREFORE, it is respectfully requested that this Court issue a temporary restraining order and preliminary injunction.

Dated: New York, New York
June 30, 2008

__________________________
Tedd Kessler

c:\tkdata\cheapo\affirmation of tk support of preliminary injunction.docx

cheapoair - Google Search - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Address http://www.google.com/search?hl=en&q=cheapoair
Web Images Maps News Shopping Mail more
cheapoair55@yahoo.com | My Account | Sign out
Google
cheapoair
Search
Advanced Search
Preferences
Web
Results 1 - 10 of about 1,530,000 for cheapoair. (0.07 seconds)
Sponsored Links
CheapOair.com
www.CheapOair.com CheapOair is a Airline Wholesaler Save 65% on Next Trip, All Airlines
Cheapest Air Fare
www.Delta.com Affordable Fares to US & Worldwide Destinations. No Booking Fees!
Airline Tickets, Cheap Flights, Cheap Plane Tickets, Hotels, Car ...
Discount airfares, Cheap Plane Fares, Cheap Air Tickets, Cheap Hotels and Car Rentals with Cheap Flights Europe, Asia, USA.
www.cheapoair.com/ - 56k - Cached - Similar pages - Note this
Your session has timed out
search options
Check My Booking
Contact Us
Hotels
Budget
Cars/Rail
Top 25 Deals
More results from cheapoair.com »
Cheap International Flights - CheapoAir.com
Book cheap international flights on cheapoAir.com and save up to 65% on airfare. Book cheap economy, business and first class tickets and let the savings ...
www.cheapoair.com/Default.aspx?tabid=3293 - 58k - Cached - Similar pages - Note this
Cheapoair @ Pissed Consumer
Cheapoair, the company that brings offers of a huge selection of cheap plane tickets, airline tickets and cheapest airfares.
cheapoair.pissedconsumer.com/ - 78k - Cached - Similar pages - Note this
wchstv.com - CheapOAir: Blessing To Travelers? Or Big Problem?
Sponsored Links
ORBITZ - Official Site
Customize The Vacation You Want & Save Big. ORBITZ. A Step Ahead.
www.ORBITZ.com
Find Cheap Airfare
Compare Flights & Save up to 70% at ShermansTravel.com. Book Now!
www.ShermansTravel.com
Travelocity®
Travelocity Guarantees Low Prices. Book Now & Roam with the Gnome.
www.Travelocity.com
Compare Cheapest Airfare
Search 130+ Travel Sites to Find Lowest Airfare on Major Airlines!
www.BookingBuddy.com
Cheap Airfares
Find Fares Now Under $200!
Book with Cheaptickets®
www.CheapTickets.com
Cheap Airfares
Done
Internet
start

Pissed Consumer I'm Pissed

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password?
No account yet? Register
login

CheapOair.com
CheapOair is a Airline Wholesaler Save 65% on Next Trip, All Airlines
www.CheapOair.com

Bargain Flight Deals
Super cheap tickets - lowest fares! Search all major sites in one place
www.smartertravel.com

Find Low Air Fares.
Save Up To 70% On Discount Flights! Enter Your Travel Details Today.
www.ShermansTravel.com

Find the Cheapest Fares
Compare Rates From All Major Travel Sites - Fast & Easy Ticket Search
www.BookingBuddy.com/

Ads by Google

Bookmark Us

Post a Complaint

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Ads by Google

Expedia.com Official Site
Call 1-800-EXPEDIA Today For Great Rates Plus Expert Advice.
www.Expedia.com

Air Purifiers
Special Offer Free Shipping! Heard on Paul Harvey News. Call Now
www.EdenPureStore.com

Performance Reviews
Top online solution enables fast Effective reviews company-wide.
www.SuccessFactors.com/FreeTri

Hawaiian Airlines
Book Affordable Vacations to Hawaii & all 7 Interisland Destinations.
www.HawaiianAirlines.com

Cheapest Airfare Online
Fly More Places for Less with SmartFares. Book Your Travel Today!
Smartfares.com/AirlineTickets

Home » Company Reviews » Cheapoair

# Cheapoair

Cheapoair.com is a website that brings airfares, hotels, car rentals and vacationa packages information from numerous sources. The company offers a huge selection of cheap plane tickets, airline tickets and cheapest airfares. With the help of Cheapoair it is very easy to book the tickets online and to plan a vacation. Cheapoair provides business class fares, first class fares, a number of different top deals, weekend getaways, seasonal travel tickets, tickets for international flights, for Europe flights, Caribbean flights, Mexico flights, domestic flights, Canada flights, and so much more.

In addition, Cheapoair offers different travel resources, travel tips, it provides airline codes, news, travel glossary and many other things available on Cheapoair.com.

**Consumer Rating: 21 Review Points**

Best Consumer Reports:

- Cheapoair.com reviews - TRAVEL
- Cheapo air misleading website
- CheapoAir is the worst, stay away from them
- CheapOair is horrible.
- Cheapo Air agent failed to make promised cancellation, I'm stuck !

| Date | Cheapoair Reviews | Hits |
|---|---|---|
| 06/20 | 8 Months still not refund | 98 |
| 06/20 | CheapOair is very sorry; yes they are! | 96 |
| 06/12 | Cheapoair charges an enormous amount of fee | 153 |
| 06/04 | It will take more than ten words | 159 |
| 05/23 | Cheapoair Takes Forever to Complete a Refund | 111 |
| 05/21 | Cheap O Air-AWFUL | 390 |
| 05/18 | Class action lawsuit on CheapOair.com | 407 |
| 05/02 | Cheapoair sold non-existing flights | 348 |
| 04/24 | CHEAPOAIR WILL COST YOU | 308 |
| 04/23 | Trying to book a flight with CheapO | 356 |
| 04/19 | Cheapo Air- Nothing short of Fraud! | 415 |
| 02/01 | Cheapo air misleading website | 1613 |
| 01/30 | Cheapo Air agent failed to make promised cancellation, I'm stuck ! | 633 |
| 01/06 | CheapoAir is the worst, stay away from them | 793 |
| 10/30 | Cheapoair Customer Service | 352 |
| 10/22 | Renee Cheapoair Customer Service | 266 |
| 09/11 | AVOID CHEAPOAIR | 514 |
| 09/01 | CheapOair is horrible. | 735 |
| 08/23 | Cheapoair.com Reviews | 455 |

weight loss | low carb diet | medifast 2x faster
cabbage soup diet | diet plan | lose weight

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Referral Ads by Google

Government Auctions

Foreclosures seized property, coins cars from $500, jewelry and more!

www.policeauctions.com

## Recently Discussed

- Budgetkitchencabinets
  Budgetkitchencabinets is the worse company ever.
- Hypotec Lending
  Hypotec Lending used a bait and switch type selling practice on me to get personal information
- Grant Instructor
  I caught this scam just in time!thanks for this site!!
- Goldenvale Inc
  Goldenvale INC WARNING!
- Singlesnet

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica
- Expedia
- Iberostar
- Tiran Zaken
- Raymore and Flanigan



Pissed
Consumer
I'm Pissed

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password?
No account yet? Register
login

Cheapest Air Tickets
Save 85% Off Air Tickets With Our Cheap Wholesale Airfares. Compare!
Travelation.com

Cheapest Air Tickets
Search Across Multiple Travel Sites And Find Low Fares To Cheapest
www.travelzoo.com

Find Low Air Fares.
Save Up To 70% On Discount Flights! Enter Your Travel Details Today.
www.ShermansTravel.com

Ads by Google

Bookmark Us

Post a Complaint

search

- Home
- Add a complaint
- Latest Reviews
- Consumer Reports
- Company Reviews
- Consumer Forum
- Consumer Advocacy
- Sample Complaint Letter
- Affiliates

Home » Company Reviews » cheapoair.com

## Cheapoair.com

Book your cheap international plane ticket on CheapoAir.com and Save up to 65% on cheap airfare on international flights. Take that dream vacation. Tour the world. ...

**Consumer Rating: 4 Review Points**

| Best Consumer Reports: |
|---|

- Cheapoair.com Fraud
- CheapoAir has truly horrible service
- Chepoair ripp off!
- Excellent prices and service

| Date | Cheapoair.com Reviews | Hits |
|---|---|---|
| 06/20 | Excellent prices and service | 44 |
| 06/13 | Chepoair ripp off! | 57 |
| 05/21 | CheapoAir has truly horrible service | 321 |
| 04/11 | Cheapoair.com Fraud | 336 |

<< Start < Prev 1 Next > End >>

Results 1 - 4 of 4

**Airlines**

Consumer Airline reviews about reservations, flight schedules, ticket specials, travel planning, membership, and airline industry news. Share your airline experience with other consumers.

- Cheapoair *( 21 items )*
- CheapTickets *( 5 items )*
- Monaco Coach Corporation *( 5 items )*
- Delta *( 4 items )*
- Consumer Wholesale Travel *( 4 items )*
- Mexicana Airlines *( 4 items )*
- Singapore Airlines *( 3 items )*
- Air Jamaica *( 3 items )*
- Emirates Airlines *( 3 items )*
- Frontier Airlines *( 3 items )*
- Worry Free Vacations *( 3 items )*
- Ryan Air *( 2 items )*
- Lowestfare *( 2 items )*
- Jack Pujji - Lowest Airfare Finder *( 2 items )*
- Chelmsford Limousine *( 1 items )*

- AUCTIONS
- AUTO
- COMPUTER
- CONS
- CONSUMER
- DELIVERY
- EDUCATION
- FINANCE
- FOOD
- GOVERNMENT
- HEALTH
- OTHER
- SERVICE
- TRAVEL

Ads by Google

Air Ticket
Cheap flights! Save up to 70% on Airfare & more at Shermans Travel.
www.ShermansTravel.com

International Flights
More international flights than any other website. 191 countries.
vayama.com/International_Flights

Flights from 30$
Limited offer until July 31st. Book now!
www.edreams.com

Cheap Air Travel
Search Flights Now and Save Big With CheapTickets®, It's Simple!
www.CheapTickets.com

Cheapest Air Tickets.
Find Cheapest Air Tickets, We Compare the Top Travel Sites Easily
www.TravelGrove.com

Referral Ads by Google

Government Auctions
Foreclosures seized property, coins cars from $500, jewelry and more!
www.policeauctions.com

**Recently Discussed**

- Direct Buy
  Direct Buy will not save you money
- Freedom Mortgage
  Lies and Misrepresentations on Refinance, Home Mortgage Refinance Complaint - Freedom Mortgage Corpo
- Budgetkitchencabinets
  Budgetkitchencabinets is the worse company ever.

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application

## To the Commissioner for Trademarks:

**MARK:** cheapOair.com the only way to go!! (stylized and/or with design, see mark)

The literal element of the mark consists of cheapOair.com the only way to go!!. The color(s) grey and red is/are claimed as a feature of the mark. The mark consists of the letters "cheap" in grey lowercase lettering with a red curved underline, the letter "O" in red capital lettering, the letters "air" in grey lowercase lettering, the letters ".com" in red lowercase lettering, the words "the only way to" in grey lowercase cursive lettering, and the word "go!!" in red lowercase cursive lettering..

The applicant, Fareportal, Inc., a corporation of New York, having an address of Suite 1201, 213 West 35th Street, New York, New York, United States, 10001, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item listed below, click directly on the class heading (s).**

International Class 039: Providing links to web sites of others featuring travel; Travel and tour information service; Travel and tour ticket reservation service

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U. S.C. Section 1126(e), as amended.

The applicant hereby appoints Yuval D. Bar-Kokhba, Esq and Nikolaos E. Diamantis, Esq. of Garbarini & Scher, P.C., 432 Park Avenue South, New York, New York, United States, 10016-8013 to submit this application on behalf of the applicant.

Correspondence Information: Yuval D. Bar-Kokhba, Esq
432 Park Avenue South
New York, New York 10016-8013
ybar-kokhba@garbarini-scher.com (authorized)

A fee payment in the amount of $275 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /yuva bar-kokhba/ Date Signed: 03/06/2008
Signatory's Name: Yuval D. Bar-Kokhba, Esq.
Signatory's Position: Attorney of record

Back

# Received Your Trademark/Service Mark Application, Principal Register and Your Trademark/Service Mark Application, Principal Register Was Submitted Successfully

## Success!

We have received your application and assigned serial number **77422393** to your submission. We will send an Email summary of the application data to "**ybar-kokhba@garbarini-scher.com**", which will be your official confirmation of receipt. For electronically-submitted applications, the USPTO will no longer mail an additional paper filing receipt. However, since e-mail is not always reliable, please print out and save this notice. If the USPTO later determines that no filing date was justified, your submission will be returned, and your filing fee will be refunded. You would then have the opportunity to cure the deficiency, and re-file the application. Thank you.

**NOTE**: Do **NOT** send a duplicate paper copy of this filing to the USPTO, as it will interfere with the proper processing of the electronic submission and will result in your being charged for two filings, neither of which can be refunded.

Thank you.

TEAS Support Team

**STAMP:** USPTO/FTK-209.21.108.66-20080314153912247747-77422393-4003d52e7afae63f0487487cbb5e249c42f-CC-963-20080314151934751286

---

Trademark Electronic Application System (TEAS) service
U.S. Patent and Trademark Office
Please refer questions or comments to: teas@USPTO.gov



Cheapoair @ Pissed Consumer Page 1 of 2

Pissed
Consumer
I'm Pissed

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password?
No account yet? Register
login

**CheapOair.com**
CheapOair is a Airline Wholesaler Save 65% on Next Trip, All Airlines
www.CheapOair.com

**Bargain Airfare Deals**
Seven tips to find the best fares. Search all major sites in one place
www.smartertravel.com

**Cheapest Air Tickets**
Save 85% Off Air Tickets With Our Cheap Wholesale Airfares. Compare!
Travelation.com

Ads by Google

Bookmark Us

Post a Complaint

Home » Company Reviews » Cheapoair

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

# Cheapoair

Cheapoair.com is a website that brings airfares, hotels, car rentals and vacationa packages information from numerous sources. The com... of cheap plane tickets, airline tickets and cheapest airfa... Cheapoair it is very easy to book the tickets online and to ... a vacation. Cheapoair provides business class fares, first class fares, a number of different top deals, weekend getaways, seasonal travel tickets, tickets for inter... or Europe flights, Caribbean flights, Mexico flights, domestic flights, C... d so much more.

In addition, Cheapoair offers different travel resources, trav... ...s airline codes, news, travel glossary and many other things available on Cheapoair.com.

Advantage Rent A Car
ADVANTAGE
Discounts, Save Up To 50% Off.
More Info

**Consumer Rating: 19 Review Points**

## Best Consumer Reports:

- Cheapoair.com reviews - TRAVEL
- Cheapo air misleading website
- CheapoAir is the worst, stay away from them
- CheapOAir is horrible.
- Cheapo Air agent failed to make promised cancellation, I'm stuck !

| Date | Cheapoair Reviews | Hits |
|---|---|---|
| 06/20 | 8 Months still not refund | 4 |
| 06/20 | CheapOair is very sorry; yes they are! | 8 |
| 06/12 | Cheapoair charges an enormous amount of fee | 85 |
| 06/04 | It will take more than ten words | 126 |
| 05/23 | Cheapoair Takes Forever to Complete a Refund | 91 |
| 05/21 | Cheap O Air-AWFUL | 288 |
| 05/18 | Class action lawsuit on CheapOair.com | 328 |
| 05/02 | Cheapoair sold non-existing flights | 307 |

| Date | Cheapoair Reviews | Hits |
|---|---|---|
| 04/24 | CHEAPOAIR WILL COST YOU | 278 |
| 04/23 | Trying to book a flight with CheapO | 321 |
| 04/19 | Cheapo Air- Nothing short of Fraud! | 375 |
| 02/01 | Cheapo air misleading website | 1468 |
| 01/30 | Cheapo Air agent failed to make promised cancellation, I'm stuck ! | 610 |
| 01/06 | CheapoAir is the worst, stay away from them | 753 |
| 10/30 | Cheapoair Customer Service | 344 |
| 10/22 | Renee Cheapoair Customer Service | 256 |
| 09/11 | AVOID CHEAPOAIR | 496 |
| 09/01 | CheapOair is horrible. | 717 |
| 08/23 | Cheapoair.com Reviews | 435 |

AUCTIONS
AUTO
...PUTER
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
...ER
SERVICE
TRAVEL

Ads by Google

**Cheapest Air Tickets.**
Find Cheapest Air Tickets, We Compare the Top Travel Sites Easily
www.TravelGrove.com

**Find Low Air Fares.**
Save Up To 70% On Discount Flights! Enter Your Travel Details Today.
www.ShermansTravel.com

**Cheap Airfare**
Search Across Multiple Travel Sites And Get Low Fares At Many Locations
www.travelzoo.com

**Cheap Airline Tickets**
Search Airline Tickets & Save Big! With CheapTickets®, It's Simple.
www.CheapTickets.com

**Air Tickets**
Book with Expedia for Cheap 2007 Airfares & Ticket Prices Guaranteed
www.Expedia.com

Referral Ads by Google

**$ Travel Nursing Jobs $**

Work 8-26wk Nursing Jobs - No LPNs Make $95,000yr + Benefits & Housing

www.TravelNursesNow.com

## Recently Discussed

- Bobs Discount Furniture
  BOB is a con artist
- Direct Buy
  I just feel they scam real well
- Direct Buy
  Biggest scam ever, beware
- Summerbay Resorts
  Summerbay resort rip offs!
- Bank Of America
  Bank of America - a terrible experience
- Allied Interstate
  THIS IS RIDICULOUS!!
- Schwans Home Service

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica
- Expedia
- Iberostar
- Tiran Zaken
- Raymore and Flanigan

http://cheapoair.pissedconsumer.com/ 6/20/2008

Schwan's Refrigerated truck keeps me awake all night

**Hot Topics**

Franklin First Financial Jdbyrider Sprint Target Phoenix Management Smc Scam Mayu Bogollagama Kymara Hms Home Warranty Rooms To Go Reviews Webjtcharge Fraud Liquidationcom Review Glamour Shots Afni Inc Jrp Talent Time Share The Mom Team American Income Life Scam Aerotek Reviews Rain Soft Ipa Scam Zaken Corp Scam Hh Gregg Hornymatches Epil Stop Baja Doodle Bug Raymour And Flanigan Midland Mortgage Company Ultimate Fares A Scam Carvin Guitars Emc Mortage

| | |
|---|---|
| 07/26 Cheapoair.com reviews - TRAVEL | 2747 |
| 07/26 Cheapoair.com, Arijit opinion - Travel Agents | 400 |

<< Start < Prev 1 Next > End >>

Results 1 - 19 of 19

**Airlines**

Consumer Airline reviews about reservations, flight schedules, ticket specials, travel planning, membership, and airline industry news. Share your airline experience with other consumers.

- CheapTickets *( 5 items )*
- Monaco Coach Corporation *( 5 items )*
- Consumer Wholesale Travel *( 4 items )*
- Delta *( 4 items )*
- cheapoair.com *( 3 items )*
- Frontier Airlines *( 3 items )*
- Worry Free Vacations *( 3 items )*
- Emirates Airlines *( 3 items )*
- Air Jamaica *( 3 items )*
- Singapore Airlines *( 3 items )*
- Ryan Air *( 2 items )*
- Mexicana Airlines *( 2 items )*
- Lowestfare *( 2 items )*
- Jack Pujji - Lowest Airfare Finder *( 2 items )*
- Accor NA-Motel 6 *( 1 items )*

**Our Friends**

**Consumer Reports** is the most famous consumer product reviews and rating agency.

This Consumer Blog offers alternative look at **Consumer Product Reviews**

**Complaints**: Learn how to write proper complaint letters that get the results

**Featured Complaints**

- Neil Construction
- The Bray Co.
- Freelotto
- Advanta Bank
- Tom Bush Mini
- Chris Nabinger Presents On Embedded Software
- Chris Nabinger Overviews Multi Protocol Label Switching (mpls)
- Chris Nabinger Presents At Cio Conference
- Chris Nabinger
- Direct Tv
- Aarons Furniture Rentals

Blog | Contact Us | Search | News Feeds | Consumer Jokes | Goverment Resources | Privacy Policy

© 2008 Cheapoair @ Pissed Consumer



Pissed
Consumer
I'm Pissed

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password?
No account yet? Register
login

CheapOair.com
CheapOair is a Airline Wholesaler Save 65% on Next Trip, All Airlines
www.CheapOair.com

Bargain Airfare Deals
Seven tips to find the best fares. Search all major sites in one place
www.smartertravel.com

Cheapest Air Tickets
Save 85% Off Air Tickets With Our Cheap Wholesale Airfares. Compare!
Travelation.com

Ads by Google

Bookmark Us

Post a Complaint

search

- Home
- Add a complaint
- Latest Reviews
- Consumer Reports
- Company Reviews
- Consumer Forum
- Consumer Advocacy
- Sample Complaint Letter
- Affiliates

Home » Company Reviews » Cheapoair

## Cheapoair

ContentLink Advertisement
ORBITZ Air Tickets
At ORBITZ, Compare Flights That Are Not Available ... www.orbitz.com
More Info

Cheapoair.com is a website that brings airfares, hotels, car rentals and vacationa packages information from numerous sources. The company offers a huge selection of cheap plane tickets, airline tickets and cheapest airfares. With th Cheapoair it is very easy to book the provides business class fares, first cl weekend getaways, seasonal travel tickets, tickets for international flights, for Europe flights, Caribbean flights, Mexico flights, domestic flights, Canada flights, and so much more.

In addition, Cheapoair offers different travel resources, travel tips, it provides airline codes, news, travel glossary and many other things available on Cheapoair.com.

**Consumer Rating: 19 Review Points**

Best Consumer Reports:

- Cheapoair.com reviews - TRAVEL
- Cheapo air misleading website
- CheapoAir is the worst, stay away from them
- CheapOair is horrible.
- Cheapo Air agent failed to make promised cancellation, I'm stuck !

| Date | Cheapoair Reviews | Hits |
| --- | --- | --- |
| 06/20 | 8 Months still not refund | 4 |
| 06/20 | CheapOair is very sorry; yes they are! | 8 |
| 06/12 | Cheapoair charges an enormous amount of fee | 85 |
| 06/04 | it will take more than ten words | 126 |
| 05/23 | Cheapoair Takes Forever to Complete a Refund | 91 |
| 05/21 | Cheap O Air-AWFUL | 288 |
| 05/18 | Class action lawsuit on CheapOair.com | 328 |
| 05/02 | Cheapoair sold non-existing flights | 307 |
| |  | |
| 04/24 | CHEAPOAIR WILL COST YOU | 278 |
| 04/23 | Trying to book a flight with CheapO | 321 |
| 04/19 | Cheapo Air- Nothing short of Fraud! | 375 |
| 02/01 | Cheapo air misleading website | 1468 |
| 01/30 | Cheapo Air agent failed to make promised cancellation, I'm stuck ! | 610 |
| 01/06 | CheapoAir is the worst, stay away from them | 753 |
| 10/30 | Cheapoair Customer Service | 344 |
| 10/22 | Renee Cheapoair Customer Service | 256 |
| 09/11 | AVOID CHEAPOAIR | 496 |
| 09/01 | CheapOair is horrible. | 717 |
| 08/23 | Cheapoair.com Reviews | 435 |

Ads by Google

Cheapest Air Tickets.
Find Cheapest Air Tickets, We Compare the Top Travel Sites Easily
www.TravelGrove.com

Find Low Air Fares.
Save Up To 70% On Discount Flights! Enter Your Travel Details Today.
www.ShermansTravel.com

Cheap Airfare
Search Across Multiple Travel Sites And Get Low Fares At Many Locations
www.travelzoo.com

Cheap Airline Tickets
Search Airline Tickets & Save Big! With CheapTickets®, It's Simple.
www.CheapTickets.com

Air Tickets
Book with Expedia for Cheap 2007 Airfares & Ticket Prices Guaranteed
www.Expedia.com

### Recently Discussed

- Bobs Discount Furniture
  BOB is a con artist
- Direct Buy
  I just feel they scam real well
- Direct Buy
  Biggest scam ever, beware
- Summerbay Resorts
  Summerbay resort rip offs!
- Bank Of America
  Bank of America - a terrible experience
- Allied Interstate
  THIS IS RIDICULOUS!!
- Schwans Home Service

- AUCTIONS
- AUTO
- COMPUTER
- CONS
- CONSUMER
- DELIVERY
- EDUCATION
- FINANCE
- FOOD
- GOVERNMENT
- HEALTH
- OTHER
- SERVICE
- TRAVEL

Referral Ads by Google

$ Travel Nursing Jobs $

Work 8-26wk Nursing Jobs - No LPNs Make $95,000yr + Benefits & Housing

www.TravelNursesNow.com

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica
- Expedia
- Iberostar
- Tiran Zaken
- Raymore and Flanigan

Schwan's Refrigerated truck keeps me awake all night

### Hot Topics

Franklin First Financial Jdbyrider Sprint Target Phoenix Management Smc Scam Mayu Bogollagama Kymara Hms Home Warranty Rooms To Go Reviews Webjcharge Fraud Liquidationcom Review Glamour Shots Afni Inc Jrp Talent Time Share The Mom Team American Income Life Scam Aerotek Reviews Rain Soft Ipa Scam Zaken Corp Scam Hh Gregg Hornymatches Epil Stop Baja Doodle Bug Raymour And Flanigan Midland Mortgage Company Ultimate Fares A Scam Carvin Guitars Emc Mortage

| | |
|---|---|
| 07/26 Cheapoair.com reviews - TRAVEL | 2747 |
| 07/26 Cheapoair.com, Arijit opinion - Travel Agents | 400 |

<< Start < Prev 1 Next > End >>
Results 1 - 19 of 19

### Airlines

Consumer Airline reviews about reservations, flight schedules, ticket specials, travel planning, membership, and airline industry news. Share your airline experience with other consumers.

- CheapTickets *( 5 items )*
- Monaco Coach Corporation *( 5 items )*
- Consumer Wholesale Travel *( 4 items )*
- Delta *( 4 items )*
- cheapoair.com *( 3 items )*
- Frontier Airlines *( 3 items )*
- Worry Free Vacations *( 3 items )*
- Emirates Airlines *( 3 items )*
- Air Jamaica *( 3 items )*
- Singapore Airlines *( 3 items )*
- Ryan Air *( 2 items )*
- Mexicana Airlines *( 2 items )*
- Lowestfare *( 2 items )*
- Jack Pujji - Lowest Airfare Finder *( 2 items )*
- Accor NA-Motel 6 *( 1 items )*

### Our Friends

**Consumer Reports** is the most famous consumer product reviews and rating agency.

This Consumer Blog offers alternative look at **Consumer Product Reviews**

**Complaints**: Learn how to write proper complaint letters that get the results

### Featured Complaints

Neil Construction
The Bray Co.
Freelotto
Advanta Bank
Tom Bush Mini
Chris Nabinger Presents On Embedded Software
Chris Nabinger Overviews Multi Protocol Label Switching (mpls)
Chris Nabinger Presents At Cio Conference
Chris Nabinger
Direct Tv
Aarons Furniture Rentals

Blog | Contact Us | Search | News Feeds | Consumer Jokes | Goverment Resources | Privacy Policy

© 2008 Cheapoair @ Pissed Consumer



Pissed
Consumer
I'm Pissed

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
login
Lost Password?
No account yet? Register

Bookmark Us

Post a Complaint

**CheapOair.com**
CheapOair is a Airline Wholesaler Save 65% on Next Trip, All Airlines
www.CheapOair.com

**Bargain Airfare Deals**
Seven tips to find the best fares. Search all major sites in one place
www.smartertravel.com

**Cheapest Air Tickets**
Save 85% Off Air Tickets With Our Cheap Wholesale Airfares. Compare!
Travelation.com

Ads by Google

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Home » Company Reviews » Cheapoair

ContentLink Advertisement
Rocky Mountain Vacations
Travel Packages, Info & Pictures. Plan Your Trip Now!
GoCanadianRockies.com
More Info

# Cheapoair

Cheapoair.com is a website that brings airfares, hotels, car rentals and vacations packages information from numerous sources. The company c of cheap plane tickets, airline tickets and cheapest airfares. W Cheapoair it is very easy to book the tickets online and to plan a vacation. Cheapoair provides business class fares, first class fares, a number of different top deals, weekend getaways, seasonal travel tickets, tickets for international flights, for Europe flights, Caribbean flights, Mexico flights, domestic flights, Canada flights, and so much more.

In addition, Cheapoair offers different travel resources, travel tips, it provides airline codes, news, travel glossary and many other things available on Cheapoair.com.

**Consumer Rating: 19 Review Points**

Best Consumer Reports:

- Cheapoair.com reviews - TRAVEL
- Cheapo air misleading website
- CheapoAir is the worst, stay away from them
- CheapOair is horrible.
- Cheapo Air agent failed to make promised cancellation, I'm stuck !

| Date | Cheapoair Reviews | Hits |
|---|---|---|
| 06/20 | 8 Months still not refund | 4 |
| 06/20 | CheapOair is very sorry; yes they are! | 8 |
| 06/12 | Cheapoair charges an enormous amount of fee | 85 |
| 06/04 | it will take more than ten words | 126 |
| 05/23 | Cheapoair Takes Forever to Complete a Refund | 91 |
| 05/21 | Cheap O Air-AWFUL | 288 |
| 05/18 | Class action lawsuit on CheapOair.com | 328 |
| 05/02 | Cheapoair sold non-existing flights | 307 |
| 04/24 | CHEAPOAIR WILL COST YOU | 278 |
| 04/23 | Trying to book a flight with CheapO | 321 |
| 04/19 | Cheapo Air- Nothing short of Fraud! | 375 |
| 02/01 | Cheapo air misleading website | 1468 |
| 01/30 | Cheapo Air agent failed to make promised cancellation, I'm stuck ! | 610 |
| 01/06 | CheapoAir is the worst, stay away from them | 753 |
| 10/30 | Cheapoair Customer Service | 344 |
| 10/22 | Renee Cheapoair Customer Service | 256 |
| 09/11 | AVOID CHEAPOAIR | 496 |
| 09/01 | CheapOair is horrible. | 717 |
| 08/23 | Cheapoair.com Reviews | 435 |

AUCTIONS
...R
...
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Ads by Google

**Cheapest Air Tickets.**
Find Cheapest Air Tickets, We Compare the Top Travel Sites Easily
www.TravelGrove.com

**Find Low Air Fares.**
Save Up To 70% On Discount Flights! Enter Your Travel Details Today.
www.ShermansTravel.com

**Cheap Airfare**
Search Across Multiple Travel Sites And Get Low Fares At Many Locations
www.travelzoo.com

**Cheap Airline Tickets**
Search Airline Tickets & Save Big! With CheapTickets®, It's Simple.
www.CheapTickets.com

**Air Tickets**
Book with Expedia for Cheap 2007 Airfares & Ticket Prices Guaranteed
www.Expedia.com

Referral Ads by Google

**$ Travel Nursing Jobs $**

Work 8-26wk Nursing Jobs - No LPNs Make $95,000yr + Benefits & Housing

www.TravelNursesNow.com

## Recently Discussed

- Bobs Discount Furniture
  BOB is a con artist
- Direct Buy
  I just feel they scam real well
- Direct Buy
  Biggest scam ever, beware
- Summerbay Resorts
  Summerbay resort rip offs!
- Bank Of America
  Bank of America - a terrible experience
- Allied Interstate
  THIS IS RIDICULOUS!!
- Schwans Home Service

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica
- Expedia
- Iberostar
- Tiran Zaken
- Raymore and Flanigan

Schwan's Refrigerated truck keeps me awake all night

### Our Friends

**Consumer Reports** is the most famous consumer product reviews and rating agency.

This Consumer Blog offers alternative look at **Consumer Product Reviews**

**Complaints**: Learn how to write proper complaint letters that get the results

### Hot Topics

Franklin First Financial Jdbyrider Sprint Target Phoenix Management Smc Scam Mayo Bogollagama Kymara Hms Home Warranty Rooms To Go Reviews Webjtcharge Fraud Liquidationcom Review Glamour Shots Afri Inc Jrp Talent Time Share The Mom Team American Income Life Scam Aerotek Reviews Rain Soft Ipa Scam Zaken Corp Scam Hh Gregg Hornymatches Epil Stop Baja Doodle Bug Raymour And Flanigan Midland Mortgage Company Ultimate Fares A Scam Carvin Guitars Emc Mortage

| | | |
|---|---|---|
| 07/26 | Cheapoair.com reviews - TRAVEL | 2747 |
| 07/26 | Cheapoair.com, Arijit opinion - Travel Agents | 400 |

<< Start < Prev 1 Next > End >>

Results 1 - 19 of 19

### Airlines

Consumer Airline reviews about reservations, flight schedules, ticket specials, travel planning, membership, and airline industry news. Share your airline experience with other consumers.

- CheapTickets *( 5 items )*
- Monaco Coach Corporation *( 5 items )*
- Consumer Wholesale Travel *( 4 items )*
- Delta *( 4 items )*
- cheapoair.com *( 3 items )*
- Frontier Airlines *( 3 items )*
- Worry Free Vacations *( 3 items )*
- Emirates Airlines *( 3 items )*
- Air Jamaica *( 3 items )*
- Singapore Airlines *( 3 items )*
- Ryan Air *( 2 items )*
- Mexicana Airlines *( 2 items )*
- Lowestfare *( 2 items )*
- Jack Pujji - Lowest Airfare Finder *( 2 items )*
- Accor NA-Motel 6 *( 1 items )*

### Featured Complaints

- Neil Construction
- The Bray Co.
- Freelotto
- Advanta Bank
- Tom Bush Mini
- Chris Nabinger Presents On Embedded Software
- Chris Nabinger Overviews Multi Protocol Label Switching (mpls)
- Chris Nabinger Presents At Cio Conference
- Chris Nabinger
- Direct Tv
- Aarons Furniture Rentals

Blog | Contact Us | Search | News Feeds | Consumer Jokes | Goverment Resources | Privacy Policy

© 2008 Cheapoair @ Pissed Consumer



Submit complaint | Consumer Tips | About Us

Username Password Remember Me login Lost Password? No account yet? Register

**CheapOair.com** CheapOair is a Airline Wholesaler Save 65% on Next Trip, All Airlines www.CheapOair.com

**Bargain Airfare Deals** Seven tips to find the best fares. Search all major sites in one place www.smartertravel.com

**Cheapest Air Tickets** Save 85% Off Air Tickets With Our Cheap Wholesale Airfares. Compare! Travelation.com

Ads by Google

Bookmark Us

Post a Complaint

Home » Company Reviews » Cheapoair

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

# Cheapoair

Cheap Plane Tickets Learn about Cheap Plane Tickets. www.CouponMountain.com More info

Cheapoair.com i[...] and vacationa packages inforr[...] a huge selection of cheap plane tickets, airline tickets and cheapest airfares. With the help of Cheapoair it is very easy to book the tickets online and to plan a vacation. Cheapoair provides business class fares, first class fares, a number of different top deals, weekend getaways, seasonal travel tickets, tickets for international flights, for Europe flights, Caribbean flights, Mexico flights, domestic flights, Canada flights, and so much more.

In addition, Cheapoair offers different travel resources, travel tips, it provides airline codes, news, travel glossary and many other things available on Cheapoair.com.

**Consumer Rating: 19 Review Points**

Best Consumer Reports:

- Cheapoair.com reviews - TRAVEL
- Cheapo air misleading website
- CheapoAir is the worst, stay away from them
- CheapOair is horrible.
- Cheapo Air agent failed to make promised cancellation, I'm stuck !

| Date | Cheapoair Reviews | Hits |
|---|---|---|
| 06/20 | 8 Months still not refund | 4 |
| 06/20 | CheapOair is very sorry; yes they are! | 8 |
| 06/12 | Cheapoair charges an enormous amount of fee | 85 |
| 06/04 | It will take more than ten words | 126 |
| 05/23 | Cheapoair Takes Forever to Complete a Refund | 91 |
| 05/21 | Cheap O Air-AWFUL | 288 |
| 05/18 | Class action lawsuit on CheapOair.com | 328 |
| 05/02 | Cheapoair sold non-existing flights | 307 |
| 04/24 | CHEAPOAIR WILL COST YOU | 278 |
| 04/23 | Trying to book a flight with CheapO | 321 |
| 04/19 | Cheapo Air- Nothing short of Fraud! | 375 |
| 02/01 | Cheapo air misleading website | 1468 |
| 01/30 | Cheapo Air agent failed to make promised cancellation, I'm stuck ! | 610 |
| 01/06 | CheapoAir is the worst, stay away from them | 753 |
| 10/30 | Cheapoair Customer Service | 344 |
| 10/22 | Renee Cheapoair Customer Service | 256 |
| 09/11 | AVOID CHEAPOAIR | 496 |
| 09/01 | CheapOair is horrible. | 717 |
| 08/23 | Cheapoair.com Reviews | 435 |

Ads by Google

**Cheapest Air Tickets.** Find Cheapest Air Tickets, We Compare the Top Travel Sites Easily www.TravelGrove.com

**Find Low Air Fares.** Save Up To 70% On Discount Flights! Enter Your Travel Details Today. www.ShermansTravel.com

**Cheap Airfare** Search Across Multiple Travel Sites And Get Low Fares At Many Locations www.travelzoo.com

**Cheap Airline Tickets** Search Airline Tickets & Save Big! With CheapTickets®, It's Simple. www.CheapTickets.com

**Air Tickets** Book with Expedia for Cheap 2007 Airfares & Ticket Prices Guaranteed www.Expedia.com

## Recently Discussed

- Bobs Discount Furniture
  BOB is a con artist
- Direct Buy
  I just feel they scam real well
- Direct Buy
  Biggest scam ever, beware
- Summerbay Resorts
  Summerbay resort rip offs!
- Bank Of America
  Bank of America - a terrible experience
- Allied Interstate
  THIS IS RIDICULOUS!!
- Schwans Home Service

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Referral Ads by Google

**$ Travel Nursing Jobs $**

Work 8-26wk Nursing Jobs - No LPNs Make $95,000yr + Benefits & Housing

www.TravelNursesNow.com

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica
- Expedia
- Iberostar
- Tiran Zaken
- Raymore and Flanigan

Schwan's Refrigerated truck keeps me awake all night

### Hot Topics

Franklin First Financial Jdbyrider Sprint Target Phoenix Management Smc Scam Mayu Bogotlagama Kymara Hms Home Warranty Rooms To Go Reviews Webjtcharge Fraud Liquidationcom Review Glamour Shots Afni Inc Jrp Talent Time Share The Mom Team American Income Life Scam Aerotek Reviews Rain Soft Ipa Scam Zaken Corp Scam Hh Gregg Hornymatches Epil Stop Baja Doodle Bug Raymour And Flanigan Midland Mortgage Company Ultimate Fares A Scam Carvin Guitars Emc Mortage

| | |
|---|---|
| 07/26 Cheapoair.com reviews - TRAVEL | 2747 |
| 07/26 Cheapoair.com, Arijit opinion - Travel Agents | 400 |

<< Start < Prev 1 Next > End >>

Results 1 - 19 of 19

### Airlines

Consumer Airline reviews about reservations, flight schedules, ticket specials, travel planning, membership, and airline industry news. Share your airline experience with other consumers.

- CheapTickets ( 5 items )
- Monaco Coach Corporation ( 5 items )
- Consumer Wholesale Travel ( 4 items )
- Delta ( 4 items )
- cheapoair.com ( 3 items )
- Frontier Airlines ( 3 items )
- Worry Free Vacations ( 3 items )
- Emirates Airlines ( 3 items )
- Air Jamaica ( 3 items )
- Singapore Airlines ( 3 items )
- Ryan Air ( 2 items )
- Mexicana Airlines ( 2 items )
- Lowestfare ( 2 items )
- Jack Pujji - Lowest Airfare Finder ( 2 items )
- Accor NA-Motel 6 ( 1 items )

### Our Friends

**Consumer Reports** is the most famous consumer product reviews and rating agency.

This Consumer Blog offers alternative look at **Consumer Product Reviews**

**Complaints**: Learn how to write proper complaint letters that get the results

### Featured Complaints

Neil Construction
The Bray Co.
Freelotto
Advanta Bank
Tom Bush Mini
Chris Nabinger Presents On Embedded Software
Chris Nabinger Overviews Multi Protocol Label Switching (mpls)
Chris Nabinger Presents At Cio Conference
Chris Nabinger
Direct Tv
Aarons Furniture Rentals

Blog | Contact Us | Search | News Feeds | Consumer Jokes | Goverment Resources | Privacy Policy

© 2008 Cheapoair @ Pissed Consumer



Pissed
Consumer
I'm Pissed

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password?
No account yet? Register
login

**CheapOair.com**
CheapOair is a Airline Wholesaler Save 65% on Next Trip, All Airlines
www.CheapOair.com

**Bargain Airfare Deals**
Seven tips to find the best fares. Search all major sites in one place
www.smartertravel.com

**Cheapest Air Tickets**
Save 85% Off Air Tickets With Our Cheap Wholesale Airfares. Compare!
Travelation.com

Ads by Google

Bookmark Us
Post a Complaint

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Home » Company Reviews » Cheapoair

# Cheapoair

Cheapoair.com is a website that brings airfares, hotels, car rentals and vacationa packages information from numerous sources. The company offers a huge selection of cheap plane tickets, airline tickets and cheapest airfares. With the help of Cheapoair it is very easy to book the tickets online and to plan a vacation provides business class fares, first class fa... weekend getaways, seasonal travel tickets flights, Caribbean flights, Mexico flights, domestic flights, Canada flights, and so much more.

ContentLink Advertisement
Super Cheap Flight Deals
Search Cheap Flights From All Major Airlines & Travel
www.bookingbuddy.com More Info

In addition, Cheapoair offers different travel resources, travel tips, it provides airline codes, news, travel glossary and many other things available on Cheapoair.com.

**Consumer Rating: 19 Review Points**

Best Consumer Reports:

- **Cheapoair.com reviews - TRAVEL**
- **Cheapo air misleading website**
- **CheapoAir is the worst, stay away from them**
- **CheapOair is horrible.**
- **Cheapo Air agent failed to make promised cancellation, I'm stuck !**

| Date | Cheapoair Reviews | Hits |
|---|---|---|
| 06/20 | 8 Months still not refund | 4 |
| 06/20 | CheapOair is very sorry; yes they are! | 8 |
| 06/12 | Cheapoair charges an enormous amount of fee | 85 |
| 06/04 | It will take more than ten words | 126 |
| 05/23 | Cheapoair Takes Forever to Complete a Refund | 91 |
| 05/21 | Cheap O Air-AWFUL | 288 |
| 05/18 | Class action lawsuit on CheapOair.com | 328 |
| 05/02 | Cheapoair sold non-existing flights | 307 |
| |  | |
| 04/24 | CHEAPOAIR WILL COST YOU | 278 |
| 04/23 | Trying to book a flight with CheapO | 321 |
| 04/19 | Cheapo Air- Nothing short of Fraud! | 375 |
| 02/01 | Cheapo air misleading website | 1468 |
| 01/30 | Cheapo Air agent failed to make promised cancellation, I'm stuck ! | 610 |
| 01/06 | CheapoAir is the worst, stay away from them | 753 |
| 10/30 | Cheapoair Customer Service | 344 |
| 10/22 | Renee Cheapoair Customer Service | 256 |
| 09/11 | AVOID CHEAPOAIR | 496 |
| 09/01 | CheapOair is horrible. | 717 |
| 08/23 | Cheapoair.com Reviews | 435 |

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Ads by Google

**Cheapest Air Tickets.**
Find Cheapest Air Tickets, We Compare the Top Travel Sites Easily
www.TravelGrove.com

**Find Low Air Fares.**
Save Up To 70% On Discount Flights! Enter Your Travel Details Today.
www.ShermansTravel.com

**Cheap Airfare**
Search Across Multiple Travel Sites And Get Low Fares At Many Locations
www.travelzoo.com

**Cheap Airline Tickets**
Search Airline Tickets & Save Big! With CheapTickets®, It's Simple.
www.CheapTickets.com

**Air Tickets**
Book with Expedia for Cheap 2007 Airfares & Ticket Prices Guaranteed
www.Expedia.com

Referral Ads by Google

**$ Travel Nursing Jobs $**
Work 8-26wk Nursing Jobs - No LPNs Make $95,000yr + Benefits & Housing
www.TravelNursesNow.com

## Recently Discussed

- Bobs Discount Furniture
  BOB is a con artist
- Direct Buy
  I just feel they scam real well
- Direct Buy
  Biggest scam ever, beware
- Summerbay Resorts
  Summerbay resort rip offs!
- Bank Of America
  Bank of America - a terrible experience
- Allied Interstate
  THIS IS RIDICULOUS!!
- Schwans Home Service

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica
- Expedia
- Iberostar
- Tiran Zaken
- Raymore and Flanigan

Schwan's Refrigerated truck keeps me awake all night

### Hot Topics

Franklin First Financial Jobyrider Sprint Target Phoenix Management Smc Scam Mayu Bogollagama Kymara Hms Home Warranty Rooms To Go Reviews Webjtcharge Fraud Liquidationcom Review Glamour Shots Afni Inc Jrp Talent Time Share The Mom Team American Income Life Scam Aerotek Reviews Rain Soft Ipa Scam Zaken Corp Scam Hh Gregg Hornymatches Epil Stop Baju Doodle Bug Raymour And Flanigan Midland Mortgage Company Ultimate Fares A Scam Carvin Guitars Emc Mortage

| | |
|---|---|
| 07/26 Cheapoair.com reviews - TRAVEL | 2747 |
| 07/26 Cheapoair.com, Arijit opinion - Travel Agents | 400 |

<< Start < Prev 1 Next > End >>

Results 1 - 19 of 19

**Airlines**

Consumer Airline reviews about reservations, flight schedules, ticket specials, travel planning, membership, and airline industry news. Share your airline experience with other consumers.

- CheapTickets *( 5 items )*
- Monaco Coach Corporation *( 5 items )*
- Consumer Wholesale Travel *( 4 items )*
- Delta *( 4 items )*
- cheapoair.com *( 3 items )*
- Frontier Airlines *( 3 items )*
- Worry Free Vacations *( 3 items )*
- Emirates Airlines *( 3 items )*
- Air Jamaica *( 3 items )*
- Singapore Airlines *( 3 items )*
- Ryan Air *( 2 items )*
- Mexicana Airlines *( 2 items )*
- Lowestfare *( 2 items )*
- Jack Pujji - Lowest Airfare Finder *( 2 items )*
- Accor NA-Motel 6 *( 1 items )*

**Our Friends**

**Consumer Reports** is the most famous consumer product reviews and rating agency.

This Consumer Blog offers alternative look at **Consumer Product Reviews**

**Complaints**: Learn how to write proper complaint letters that get the results

**Featured Complaints**

Neil Construction
The Bray Co.
Freelotto
Advanta Bank
Tom Bush Mini
Chris Nabinger Presents On Embedded Software
Chris Nabinger Overviews Multi Protocol Label Switching (mpls)
Chris Nabinger Presents At Cio Conference
Chris Nabinger
Direct Tv
Aarons Furniture Rentals

Blog | Contact Us | Search | News Feeds | Consumer Jokes | Goverment Resources | Privacy Policy

© 2008 Cheapoair @ Pissed Consumer



Cheapoair @ Pissed Consumer Page 1 of 2

Pissed
Consumer
I'm Pissed

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password?
No account yet? Register
login

Bookmark Us
Post a Complaint

**CheapOair.com**
CheapOair is a Airline Wholesaler Save 65% on Next Trip, All Airlines
www.CheapOair.com

**Bargain Flight Deals**
Super cheap tickets - lowest fares! Search all major sites in one place
www.smartertravel.com

**Cheapest Air Tickets**
Save 85% Off Air Tickets With Our Cheap Wholesale Airfares. Compare!
Travelation.com

Ads by Google

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Home » Company Reviews » Cheapoair

# Cheapoair

Cheapoair.com is a website that brings airfares, hotels, car rentals and vacationa packages information from numerous sources. The company offers a huge selection of cheap plane tickets, airline tickets and cheapest airfares. With the help of Cheapoair it is very easy to book the tickets online and to plan a vacation. Cheapoair provides business class fares, first class fares, a number of different top deals, weekend getaways, seasonal travel tickets, tickets for international flights, for Europe flights, Caribbean flights, Mexico flights, domestic flights, Can... o much more.

In addition, Cheapoair offers different travel resources, travel tips, it provides airline codes, news, travel glossary and many other things available on Cheapoair.com.

**Consumer Rating: 21 Review Points**

## Best Consumer Reports:

- Cheapoair.com reviews - TRAVEL
- Cheapo air misleading website
- CheapoAir is the worst, stay away from them
- CheapOair is horrible.
- Cheapo Air agent failed to make promised cancellation, I'm stuck !

| Date | Cheapoair Reviews | Hits |
|---|---|---|
| 06/20 | 8 Months still not refund | 11 |
| 06/20 | CheapOair is very sorry; yes they are! | 17 |
| 06/12 | Cheapoair charges an enormous amount of fee | 91 |
| 06/04 | It will take more than ten words | 127 |
| 05/23 | Cheapoair Takes Forever to Complete a Refund | 93 |
| 05/21 | Cheap O Air-AWFUL | 291 |
| 05/18 | Class action lawsuit on CheapOair.com | 337 |
| 05/02 | Cheapoair sold non-existing flights | 312 |
| 04/24 | CHEAPOAIR WILL COST YOU | 281 |
| 04/23 | Trying to book a flight with CheapO | 324 |
| 04/19 | Cheapo Air- Nothing short of Fraud! | 375 |
| 02/01 | Cheapo air misleading website | 1481 |
| 01/30 | Cheapo Air agent failed to make promised cancellation, I'm stuck ! | 615 |
| 01/06 | CheapoAir is the worst, stay away from them | 756 |
| 10/30 | Cheapoair Customer Service | 345 |
| 10/22 | Renee Cheapoair Customer Service | 256 |
| 09/11 | AVOID CHEAPOAIR | 497 |
| 09/01 | CheapOair is horrible. | 720 |
| 08/23 | Cheapoair.com Reviews | 436 |

DRAG THE ICONS TO THE MUG FIND THE WORLD'S BEST EMPLOYEE monster POST A JOB

Ads by Google

**Cheap Air Tickets**
Find The Cheapest And Most Reliable Air Tickets At CheapTickets.com
www.CheapTickets.com

**Cheapest Air Tickets,**
Find Cheapest Air Tickets, We Compare the Top Travel Sites Easily
www.TravelGrove.com

**Find Low Air Fares,**
Save Up To 70% On Discount Flights! Enter Your Travel Details Today.
www.ShermansTravel.com

**Cheap Airfares**
Save Time and Money with the Airfare Search Engine at Travelzoo®
www.travelzoo.com

**How to Find Cheap Flights**
The secret to discount airfare even in peak travel season. Free Report.
www.InternationalLiving.com

## Recently Discussed

- Rent A Center
  Can rac handel the truth
- Banfield Pet Hospital
  Just got screwed at Banfield
- Home Depot
  Home Depot Does Not Care About It's Employee's
- Bank Of America
  Bank of America's overdraft goldmine
- PSI Seminars
  PSI-scared stiff
- SRG America
  SRG AMERICA Ripped off my money

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Referral Ads by Google

**Government Auctions**

Foreclosures seized property, coins cars from $500, jewelry and more!

www.policeauctions.com

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica
- Expedia
- Iberostar
- Tiran Zaken
- Raymore and Flanigan

http://cheapoair.pissedconsumer.com/ 6/21/2008

# RHEEM & BELL LLP
ATTORNEYS AT LAW

June 19, 2008

**VIA FEDERAL EXPRESS**
Privacy Manager - PissedConsumer.com
1673 East 16th Street, PMB 85
Brooklyn, NY 11229

**Re: CheapoAir and CheapoAir.com**

To Whom It May Concern:

This firm represents CheapoAir. You are hereby placed on notice that your domain, http://cheapoair.pissedconsumer.com, infringes upon our client's trademark.

By utilizing this domain name you have appropriated the CheapoAir trademark in order to reach an audience of internet users who desire to reach, and utilize the services of, the CheapoAir web site. Furthermore, using internet search engines as an intermediary, you have intercepted a portion of our target audience and misled them in an attempt to distill upon them your own commercial message. This is an unacceptable infringement upon the trademark of CheapoAir.

You are instructed to immediately cease and desist in the use of the name CheapoAir in any commercial manner including, but not limited to, the domain http://cheapoair.pissedconsumer.com. Your failure to comply with this demand by June 25, 2008 will leave our client no choice but to enforce their trademark rights by any means available to them, including the imposition of a law suit seeking an injunction against your use of the CheapoAir trademark, monetary damages, and attorneys fees.

Please be guided accordingly.

Yours truly,
Rheem & Bell LLP

Uel Rheem

302 Fifth Avenue • 8th Floor • New York, NY 10001 • Tel: (212) 239-4001 • Fax: (212) 239-4125
www.rheembell.com

# RHEEM & BELL LLP
ATTORNEYS AT LAW

June 17, 2008

**VIA CERTIFIED MAIL, R.R.R.**
Opinion Corp d/b/a PissedConsumer.com
Media Relations
1673 East 16th Street, PMB 85
Brooklyn, NY 11229

**Re: CheapoAir and CheapoAir.com**

To Whom It May Concern:

This firm represents CheapoAir. You are hereby placed on notice that your domain, http://cheapoair.pissedconsumer.com, infringes upon our client's trademark.

By utilizing this domain name you have appropriated the CheapoAir trademark in order to reach an audience of internet users who desire to reach, and utilize the services of, the CheapoAir web site. Furthermore, using internet search engines as an intermediary, you have intercepted a portion of our target audience and misled them in an attempt to distill upon them your own commercial message. This is an unacceptable infringement upon the trademark of CheapoAir.

You are instructed to immediately cease and desist in the use of the name CheapoAir in any commercial manner including, but not limited to, the domain http://cheapoair.pissedconsumer.com. Your failure to comply with this demand by June 25, 2008 will leave our client no choice but to enforce their trademark rights by any means available to them, including the imposition of a law suit seeking an injunction against your use of the CheapoAir trademark, monetary damages, and attorneys fees.

Please be guided accordingly.

Yours truly,
Rheem & Bell LLP

Uel Rheem

302 Fifth Avenue • 8th Floor • New York, NY 10001 • Tel: (212) 239-4001 • Fax: (212) 239-4125
www.rheembell.com



Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password?
No account yet? Register
login

Consumer Reports Website
Find the top & worst rated products Unbiased tests, ratings & reviews
www.ConsumerReports.org

Debt Collection Agencies
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

How to Remove Collections
from Your Credit Report Guaranteed. I Raised My Score Over 200 Points!
www.AAACreditGuide.com

Ads by Google

Post a Complaint

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Home » Contact Us

**By using mailing address below you will be contacting Opinion Corp dba PissedConsumer.com. We do not have information or relationship to other companies discussed on our site.**

**Mail directed to any other company will be discarded.**

Opinion Corp DBA PissedConsumer.com
Media Relations
1673 East 16 Street, PMB 85
Brooklyn, NY 11229
United States

Send an e-mail to this Contact:

Enter your name:
Tedd Kessler
E-mail address:
tkessler.att@prodigy.net
Message subject:
TRO

Enter your message:
At approximately 4:00 pm today, Monday, June 30, 2008, an application will be made at the United States District Court for the Southern District of New York seeking a Temporary Restraining Order and preliminary injunction against Opinion Corp. The courthouse address is 500 Pearl St, New York, New York. You are hereby invited to attend by presenting at the clerk's office and requesting information regarding the application of Fareportal Inc. d/b/a

Send

[ Back ]

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Ads by Google

Debt Collection Agencies
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

Zaken Corp Scam?...
The Whole Shocking Truth - Exposed Zaken Corporation - Scrutinized
www.MoonLightReviews.com/Zake

Arizona Fraud Attorney
For Victims of Business, Consumer or Real Estate Fraud. Free Consult
bresloiaw.com

Maytag® Official Site
Find & Compare Dependable Appliances at Maytag Today!
www.Maytag.com

Sleep Number Bed Reviews
Want another opinion? Read recent Reviews from Sleep Number owners.
www.SelectComfort.com

Referral Ads by Google

Government Auctions
Foreclosures seized property, coins cars from $500, jewelry and more!
www.policeauctions.com

## Recently Discussed

- Sears
  Sears Auto Center review - AUTO
- Mags4cheap.com
  Mags4cheap.com fraud
- Anthony Sylvan
  Anthony Sylvan opinion - HEALTH-Spas
- Direct Buy
  Direct Buy will not save you money

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica



Pissed
Consumer
I'm Pissed

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password?
No account yet? Register
login

Consumer Reports Website
Find the top & worst rated products Unbiased tests, ratings & reviews
www.ConsumerReports.org

Debt Collection Agencies
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

How to Remove Collections
from Your Credit Report Guaranteed. I Raised My Score Over 200 Points!
www.AAACreditGuide.com

Ads by Google

Bookmark Us

Post a Complaint

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Home » Contact Us

**By using mailing address below you will be contacting Opinion Corp dba PissedConsumer.com. We do not have information or relationship to other companies discussed on our site.**

**Mail directed to any other company will be discarded.**

Opinion Corp DBA PissedConsumer.com
Media Relations
1673 East 16 Street, PMB 85
Brooklyn, NY 11229
United States

Send an e-mail to this Contact:

Enter your name:
Tedd Kessler
E-mail address:
tkessler.att@prodigy.net
Message subject:
TRO

Enter your message:
At approximately 4:00 pm today, Monday, June 30, 2008, an application will be made at the United States District Court for the Southern District of New York seeking a Temporary Restraining Order and preliminary injunction against Opinion Corp. The courthouse address is 500 Pearl St, New York, New York. You are hereby invited to attend by presenting at the clerk's office and requesting information regarding the application of Fareportal Inc. d/b/a

Send

[ Back ]

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Ads by Google

Debt Collection Agencies
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

Zaken Corp Scam?...
The Whole Shocking Truth - Exposed Zaken Corporation - Scrutinized
www.MoonLightReviews.com/Zake

Arizona Fraud Attorney
For Victims of Business, Consumer or Real Estate Fraud. Free Consult
breslolaw.com

Maytag® Official Site
Find & Compare Dependable Appliances at Maytag Today!
www.Maytag.com

Sleep Number Bed Reviews
Want another opinion? Read recent Reviews from Sleep Number owners.
www.SelectComfort.com

Referral Ads by Google

Government Auctions

Foreclosures seized property, coins cars from $500, jewelry and more!

www.policeauctions.com

Recently Discussed

- Sears
  Sears Auto Center review - AUTO
- Mags4cheap.com
  Mags4cheap.com fraud
- Anthony Sylvan
  Anthony Sylvan opinion - HEALTH-Spas
- Direct Buy
  Direct Buy will not save you money

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica



Pissed
Consumer
I'm Pissed

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password?
No account yet? Register
login

Consumer Reports Website
Find the top & worst rated products Unbiased tests, ratings & reviews
www.ConsumerReports.org

Debt Collection Agencies
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

How to Remove Collections
from Your Credit Report Guaranteed. I Raised My Score Over 200 Points!
www.AAACreditGuide.com

Ads by Google

Bookmark Us

Post a Complaint

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Home » Contact Us

**By using mailing address below you will be contacting Opinion Corp dba PissedConsumer.com. We do not have information or relationship to other companies discussed on our site.**

**Mail directed to any other company will be discarded.**

Opinion Corp DBA PissedConsumer.com
Media Relations
1673 East 16 Street, PMB 85
Brooklyn, NY 11229
United States

Send an e-mail to this Contact:

Enter your name:
Tedd Kessler
E-mail address:
tkessler.att@prodigy.net
Message subject:
TRO
Enter your message:
At approximately 4:00 pm today, Monday, June 30, 2008, an application will be made at the United States District Court for the Southern District of New York seeking a Temporary Restraining Order and preliminary injunction against Opinion Corp. The courthouse address is 500 Pearl St, New York, New York. You are hereby invited to attend by presenting at the clerk's office and requesting information regarding the application of Fareportal Inc. d/b/a

[ Back ]

- AUCTIONS
- AUTO
- COMPUTER
- CONS
- CONSUMER
- DELIVERY
- EDUCATION
- FINANCE
- FOOD
- GOVERNMENT
- HEALTH
- OTHER
- SERVICE
- TRAVEL

Ads by Google

Debt Collection Agencies
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

Zaken Corp Scam?...
The Whole Shocking Truth - Exposed Zaken Corporation - Scrutinized
www.MoonLightReviews.com/Zake

Arizona Fraud Attorney
For Victims of Business, Consumer or Real Estate Fraud. Free Consult
breslolaw.com

Maytag® Official Site
Find & Compare Dependable Appliances at Maytag Today!
www.Maytag.com

Sleep Number Bed Reviews
Want another opinion? Read recent Reviews from Sleep Number owners.
www.SelectComfort.com

Referral Ads by Google

Government Auctions

Foreclosures seized property, coins cars from $500, jewelry and more!

www.policeauctions.com

## Recently Discussed

- Sears
  Sears Auto Center review - AUTO
- Mags4cheap.com
  Mags4cheap.com fraud
- Anthony Sylvan
  Anthony Sylvan opinion - HEALTH-Spas
- Direct Buy
  Direct Buy will not save you money

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica

Pissed Consumer I'm Pissed

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password?
No account yet? Register
login

Bookmark Us

Post a Complaint

Consumer Reports Website
Find the top & worst rated products Unbiased tests, ratings & reviews
www.ConsumerReports.org

Debt Collection Agencies
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

How to Remove Collections
from Your Credit Report Guaranteed. I Raised My Score Over 200 Points!
www.AAACreditGuide.com

Ads by Google

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Home » Contact Us

**By using mailing address below you will be contacting Opinion Corp dba PissedConsumer.com. We do not have information or relationship to other companies discussed on our site.**

**Mail directed to any other company will be discarded.**

Opinion Corp DBA PissedConsumer.com
Media Relations
1673 East 16 Street, PMB 85
Brooklyn, NY 11229
United States

Send an e-mail to this Contact:

Enter your name:
Tedd Kessler
E-mail address:
tkessler.att@prodigy.net
Message subject:
TRO

Enter your message:
At approximately 4:00 pm today, Monday, June 30, 2008, an application will be made at the United States District Court for the Southern District of New York seeking a Temporary Restraining Order and preliminary injunction against Opinion Corp. The courthouse address is 500 Pearl St, New York, New York. You are hereby invited to attend by presenting at the clerk's office and requesting information regarding the application of Fareportal Inc. d/b/a

Send

[ Back ]

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Ads by Google

Debt Collection Agencies
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

Zaken Corp Scam?...
The Whole Shocking Truth - Exposed Zaken Corporation - Scrutinized
www.MoonLightReviews.com/Zake

Arizona Fraud Attorney
For Victims of Business, Consumer or Real Estate Fraud. Free Consult
breslolaw.com

Maytag® Official Site
Find & Compare Dependable Appliances at Maytag Today!
www.Maytag.com

Sleep Number Bed Reviews
Want another opinion? Read recent Reviews from Sleep Number owners.
www.SelectComfort.com

Referral Ads by Google

Government Auctions

Foreclosures seized property, coins cars from $500, jewelry and more!

www.policeauctions.com

**Recently Discussed**

- Sears
  Sears Auto Center review - AUTO
- Mags4cheap.com
  Mags4cheap.com fraud
- Anthony Sylvan
  Anthony Sylvan opinion - HEALTH-Spas
- Direct Buy
  Direct Buy will not save you money

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica



Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password?
No account yet? Register
login

Consumer Reports Website
Find the top & worst rated products Unbiased tests, ratings & reviews
www.ConsumerReports.org

Debt Collection Agencies
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

How to Remove Collections
from Your Credit Report Guaranteed. I Raised My Score Over 200 Points!
www.AAACreditGuide.com

Ads by Google

Post a Complaint

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Home » Contact Us

**By using mailing address below you will be contacting Opinion Corp dba PissedConsumer.com. We do not have information or relationship to other companies discussed on our site.**

**Mail directed to any other company will be discarded.**

Opinion Corp DBA PissedConsumer.com
Media Relations
1673 East 16 Street, PMB 85
Brooklyn, NY 11229
United States

Send an e-mail to this Contact:

Enter your name:
Tedd Kessler
E-mail address:
tkessler.att@prodigy.net
Message subject:
TRO

Enter your message:
At approximately 4:00 pm today, Monday, June 30, 2008, an application will be made at the United States District Court for the Southern District of New York seeking a Temporary Restraining Order and preliminary injunction against Opinion Corp. The courthouse address is 500 Pearl St, New York, New York. You are hereby invited to attend by presenting at the clerk's office and requesting information regarding the application of Fareportal Inc. d/b/a

[ Back ]

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Ads by Google

Debt Collection Agencies
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

Zaken Corp Scam?...
The Whole Shocking Truth - Exposed Zaken Corporation - Scrutinized
www.MoonLightReviews.com/Zake

Arizona Fraud Attorney
For Victims of Business, Consumer or Real Estate Fraud. Free Consult
breslolaw.com

Maytag® Official Site
Find & Compare Dependable Appliances at Maytag Today!
www.Maytag.com

Sleep Number Bed Reviews
Want another opinion? Read recent Reviews from Sleep Number owners.
www.SelectComfort.com

Referral Ads by Google

Government Auctions

Foreclosures seized property, coins cars from $500, jewelry and more!

www.policeauctions.com

**Recently Discussed**

- Sears
  Sears Auto Center review - AUTO
- Mags4cheap.com
  Mags4cheap.com fraud
- Anthony Sylvan
  Anthony Sylvan opinion - HEALTH-Spas
- Direct Buy
  Direct Buy will not save you money

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica

Pissed Consumer I'm Pissed

Submit complaint | Consumer Tips | About Us

Username
Password
Remember Me
Lost Password?
No account yet? Register
login

Bookmark Us

Post a Complaint

Consumer Reports Website
Find the top & worst rated products Unbiased tests, ratings & reviews
www.ConsumerReports.org

Debt Collection Agencies
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

How to Remove Collections
from Your Credit Report Guaranteed. I Raised My Score Over 200 Points!
www.AAACreditGuide.com

Ads by Google

search

Home
Add a complaint
Latest Reviews
Consumer Reports
Company Reviews
Consumer Forum
Consumer Advocacy
Sample Complaint Letter
Affiliates

Ads by Google

Debt Collection Agencies
Get free guidance - advice - & price quotes from multiple vendors.
CollectionAgencyResearch.com

Zaken Corp Scam?...
The Whole Shocking Truth - Exposed Zaken Corporation - Scrutinized
www.MoonLightReviews.com/Zake

Arizona Fraud Attorney
For Victims of Business, Consumer or Real Estate Fraud. Free Consult
breslolaw.com

Maytag® Official Site
Find & Compare Dependable Appliances at Maytag Today!
www.Maytag.com

Sleep Number Bed Reviews
Want another opinion? Read recent Reviews from Sleep Number owners.
www.SelectComfort.com

Home » Contact Us

**By using mailing address below you will be contacting Opinion Corp dba PissedConsumer.com. We do not have information or relationship to other companies discussed on our site.**

**Mail directed to any other company will be discarded.**

Opinion Corp DBA PissedConsumer.com
Media Relations
1673 East 16 Street, PMB 85
Brooklyn, NY 11229
United States

Send an e-mail to this Contact:

Enter your name:
Tedd Kessler
E-mail address:
tkessler.att@prodigy.net
Message subject:
TRO

Enter your message:
At approximately 4:00 pm today, Monday, June 30, 2008, an application will be made at the United States District Court for the Southern District of New York seeking a Temporary Restraining Order and preliminary injunction against Opinion Corp. The courthouse address is 500 Pearl St, New York, New York. You are hereby invited to attend by presenting at the clerk's office and requesting information regarding the application of Fareportal Inc. d/b/a

Send

[ Back ]

AUCTIONS
AUTO
COMPUTER
CONS
CONSUMER
DELIVERY
EDUCATION
FINANCE
FOOD
GOVERNMENT
HEALTH
OTHER
SERVICE
TRAVEL

Referral Ads by Google

Government Auctions

Foreclosures seized property, coins cars from $500, jewelry and more!

www.policeauctions.com

Recently Discussed

- Sears
  Sears Auto Center review - AUTO
- Mags4cheap.com
  Mags4cheap.com fraud
- Anthony Sylvan
  Anthony Sylvan opinion - HEALTH-Spas
- Direct Buy
  Direct Buy will not save you money

- Girls Gone Wild
- Watchersweb
- iPostNaked
- Allied Interstate
- PrivacyMatters
- Primerica

