UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAREPORTAL, INC.,<br><br>            Plaintiff,<br><br>-v-<br><br>OPINION CORP.<br><br>           Defendant. | Civil Action No.1:08-CV-05964 (DLC)<br><br>ECF CASE |

### NOTICE OF APPEARANCE OF ANNA VISHEV

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for Defendant Opinion Corp. I certify that I am admitted to practice in this court.

Dated: July 08, 2008

Respectfully submitted,

*/s/ Anna Vishev*
Anna Vishev (AV 3601)

OSTROLENK, FABER, GERB &
SOFFEN, LLP
1180 Avenue of the Americas, 7th Floor
New York, New York 10036
Telephone: (212) 382-0700
Fascimile: (212) 382-0888
Email: avishev@ostrolenk.com
Attorney for Defendant

{00942035.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF ANNA VISHEV** was served upon counsel on July 8, 2008 via ECF:

>Tedd E. Kessler
>Law Office of Tedd Kessler, P.C.
>302 Fifth Avenue, 8th Floor
>New York, New York 10001
>E-mail: tkessler.att@prodigy.net

*Anna Vishev*