```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAREPORTAL, INC.,

                       Plaintiff,

      - against -

OPINION CORP.,

                       Defendant.

ORDER

08 Civ. 5964 (DLC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on August 26, 2008,

**IT IS HEREBY ORDERED** that the Parties meet to discuss possible resolutions to the claim as recommended by the Court by **September 5, 2008.**

**IT IS FURTHER ORDERED** that Plaintiff submit a status report to the Court by **September 8, 2008.**

**SO ORDERED this 26th day of August 2008**
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge